UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-16-12

PRINCETON DIGITAL IMAGE
CORPORATION,

                Plaintiff,

-v-

HEWLETT-PACKARD, *et al.*,

                Defendants.

No. 12 Civ. 779 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    As discussed during today's conference, IT IS HEREBY ORDERED THAT the parties shall abide by the following briefing schedule in connection with Defendants' contemplated motion to dismiss and motion to stay the litigation:

- Defendants shall submit their motions no later than March 23, 2012;

- Plaintiff shall submit its opposition briefs no later than April 13, 2012;

- Defendants shall submit their reply briefs no later than April 23, 2012;

- Oral argument on the motions shall take place May 17, 2012 at 3:00 p.m.

IT IS FURTHER ORDERED THAT discovery is stayed until May 17, 2012.

SO ORDERED.

Dated:      March 16, 2012
               New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE