UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-11-12
```

PRINCETON DIGITAL IMAGE
CORPORATION,

               Plaintiff,

-v-

HEWLETT-PACKARD, *et al.*,

               Defendants.

No. 12 Civ. 779 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    By Order dated March 26, 2012, the Court denied Defendants' motion to file portions of their motion to dismiss for lack of standing under seal without prejudice to renewal, and invited the parties to make additional submissions to rebut the strong presumption of public access to court records and judicial documents. To date, the Court has received no submissions. Accordingly, IT IS HEREBY ORDERED THAT Defendants shall re-file an un-redacted version of their memorandum of law in support of Defendants' motion to dismiss for lack of standing (Doc. No. 219), no later than April 12, 2012.

SO ORDERED.

Dated:      April 10, 2012
              New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE