UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-11-12
```

PRINCETON DIGITAL IMAGE
CORPORATION,

                Plaintiff,

-v-

HEWLETT-PACKARD, *et al.*,

                Defendants.

No. 12 Civ. 779 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

On March 23, 2012, Plaintiff Princeton Digital Image Corporation filed a motion for issuance of letter rogatory, seeking to compel Altek Corporation, a Tawainese corporation, to produce documents and appear for a deposition for use as evidence in this case. Plaintiff filed a redacted version of its memorandum of law in support of the motion via ECF, pursuant to a confidentiality agreement executed between Plaintiff and Defendants in this case. However, Plaintiff has not offered reasons to justify overcoming the presumption of public access to judicial documents. *See Lugosch v. Pyramid Co. of Onandaga*, 435 F.3d 110, 119 (2d Cir. 2006). Accordingly, IT IS HEREBY ORDERED THAT Plaintiff shall file an un-redacted version of its memorandum of law no later than Thursday, April 12, 2012. Alternatively, Plaintiff may make an additional submission stating the reasons under *Lugosch* that justify filing a redacted public version of the document. *See Lugosch*, 435 F.3d at 120 (noting that 'countervailing factors' to the presumption of open records "include but are not limited to the danger of impairing law enforcement or judicial efficiency and the privacy interests of those resisting disclosure") (internal quotation marks omitted)).

IT IS FURTHER ORDERED THAT if Defendants intend to oppose Plaintiff's motion for issuance of letter rogatory, they shall do so no later than April 13, 2012.

SO ORDERED.

Dated:     April 10, 2012
           New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE