IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| PRINCETON DIGITAL IMAGE CORPORATION, | ) |
| | ) |
| PLAINTIFF, | ) CASE NO.: 1:12-CV-00779-RJS |
| | ) |
| V. | ) ECF CASE |
| | ) |
| HEWLETT-PACKARD COMPANY, FUJIFILM NORTH AMERICA CORPORATION F/K/A FUJIFILM U.S.A., INC. AND XEROX INTERNATIONAL PARTNERS, | ) **<u>JENNIFER TRILLSCH'S MOTION FOR ADMISSION PRO HAC VICE</u>** |
| | ) |
| DEFENDANTS. | ) |

---

Pursuant to Rule 1.3 of the Local Rules of the United States District for the Southern and Eastern Districts of New York, I Jennifer Trillsch, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Princeton Digital Image Corporation in the above-captioned action.

I am in good standing of the bar of the state of Texas and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: April 6, 2012

Respectfully submitted,

_/s/ Jennifer Trillsch_
Jennifer Trillsch
**DUANE MORRIS LLP**
1330 Post Oak Blvd., Suite 800
Houston, TX 77056
Phone: (713) 402-3900
Facsimile: (713) 402-3901
Email: jtrillsch@duanemorris.com

**ATTORNEYS FOR PLAINTIFF,
PRINCETON DIGITAL IMAGE
CORPORATION**

# STATE BAR OF TEXAS



**Office of The Chief Disciplinary Counsel**

March 29, 2012

RE:  **Ms. Jennifer Brown Trillsch**
     State Bar Number - **24045571**

To Whom it May Concern:

This is to certify that Ms. Jennifer Brown Trillsch was licensed to practice law in Texas on November 05, 2004 and is an active member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

Linda A. Acevedo
Chief Disciplinary Counsel

LA/dh

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that pursuant to Fed. R. Civ. P. 5(d) all counsel of record were served with a true and correct copy of the foregoing by email on this the 6th day of April 2012.

William H. Mandir ( wmandir@sughrue.com)
Yoshinari Kishimoto (ykishimoto@sughrue.com)
Brian K. Shelton (bshelton@sughrue.com)
Kelly G Hyndman(kghyndman@sughrue.com)
John F Rabena (jrabena@sughrue.com)
**Sughrue Mion PLLC**
2100 Pennsylvania Ave., NW
Washington, DC 20037

J. Thad Heartfield (thad@jth-law.com)
M. Dru Montgomery   (dru@jth-law.com)
**The Heartfield Law Firm**

Richard A. Williamson (rwilliamson@fzw.com)
Craig S. Kesch (ckesch@fzwz.com)
Flemming Zulack Williamson Zauderer, LLP
One Liberty Plaza
New York, NY 10006

**Attorneys for Defendant**
**Xerox International Partners**

Steven J. Routh (srouth@orrick.com)
Sten A. Jensen (sjensen@orrick.com)
Trevor C. Hill (thill@orrick.com)
John R. Inge (jinge@orrick.com)
**Orrick, Herrington & Sutcliffe LLP**
1152 15th Street, NW
Washington DC 20005

**Attorneys for Defendant**
**Fujifilm North America Corporation**

Brian K. Erickson
(brian.erickson@dlapiper.com)
**DLA Piper US LLP**
401 Congress Ave., Suite 2500
Austin, TX  78701-3799

Erin P. Gibson (erin.gibson@dlapiper.com)

**Attorneys for Defendant**
**HEWLETT-PACKARD Company**

*/s/ Jennifer Trillsch*
Jennifer Trillsch

2

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

| | |
|---|---|
| PRINCETON DIGITAL IMAGE CORPORATION, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | CASE NO.: 1:12-CV-00779-RJS |
| V. ) | |
| ) | **ORDER FOR JENNIFER TRILLSCH'S** |
| HEWLETT-PACKARD COMPANY, ) | **ADMISSION PRO HAC VICE** |
| FUJIFILM NORTH AMERICA ) | |
| CORPORATION F/K/A FUJIFILM U.S.A., ) | |
| INC. AND XEROX INTERNATIONAL ) | |
| PARTNERS, ) | |
| ) | |
| DEFENDANTS. ) | |

The motion of Jennifer Trillsch, for admission to practice Pro Hac Vice in the above captioned matter is granted.

Applicant has declared that she is a member in good standing of the bar of the State of Texas; and that her contact information is as follows:

Jennifer Trillsch
**DUANE MORRIS LLP**
1330 Post Oak Blvd., Suite 800
Houston, TX 77056
Phone: (713) 402-3900
Facsimile: (713) 402-3901
Email: jtrillsch@duanemorris.com

Applicant having requested Pro Hac Vice to appear for all purposes as counsel for Princeton Digital Image Corporation in the above entitled litigation:

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York, All attorneys appearing before this Court are subject to the Local Rules of this Court, including

3

the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for and ECF password at <u>apply for an ECF PASSWORD</u>.

Dated: _____   _____
United States District/ Magistrate Judge