Case 1:12-cv-00779-RJS   Document 228   Filed 04/09/12   Page 4 of 5

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------

PRINCETON DIGITAL IMAGE CORPORATION,   )
                                       )
    PLAINTIFF,                         )
                                       )
V.                                     ) CASE NO.: 1:12-CV-00779-RJS
                                       )
HEWLETT-PACKARD COMPANY,               ) **ORDER FOR JENNIFER TRILLSCH'S**
FUJIFILM NORTH AMERICA                 ) **ADMISSION PRO HAC VICE**
CORPORATION F/K/A FUJIFILM U.S.A.,     )
INC. AND XEROX INTERNATIONAL           )
PARTNERS,                              )
                                       )
    DEFENDANTS.                        )

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-12-12
```

The motion of Jennifer Trillsch, for admission to practice Pro Hac Vice in the above captioned matter is granted.

Applicant has declared that she is a member in good standing of the bar of the State of Texas; and that her contact information is as follows:

Jennifer Trillsch
**DUANE MORRIS LLP**
1330 Post Oak Blvd., Suite 800
Houston, TX 77056
Phone: (713) 402-3900
Facsimile: (713) 402-3901
Email: jtrillsch@duanemorris.com

Applicant having requested Pro Hac Vice to appear for all purposes as counsel for Princeton Digital Image Corporation in the above entitled litigation:

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York, All attorneys appearing before this Court are subject to the Local Rules of this Court, including

3

DM1\3245910.1 F4371/00001

the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for and ECF password at apply for an ECF PASSWORD.

Dated: 4/12/12

United States District/~~Magistrate~~ Judge