UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-24-12
```

PRINCETON DIGITAL IMAGE
CORPORATION,

                Plaintiff,

-v-

HEWLETT-PACKARD, *et al.*,

                Defendants.

No. 12 Civ. 779 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of an additional submission from Plaintiff dated April 20, 2012, stating justifications for filing certain documents in the above-captioned matter under seal and filing redacted public versions of the documents via ECF. (Doc. No. 239.) The Court finds that Plaintiff has adequately established that the information at issue would harm Plaintiff's competitive standing, thereby overcoming the presumption of public access to judicial records. *In re Parmalat Sec. Litig.*, 258 F.R.D. 236, 244 (S.D.N.Y. 2009). Accordingly, IT IS HEREBY ORDERED THAT Defendant's request to file under seal certain portions of its motion to dismiss for lack of standing is granted. (Doc. No. 217.) IT IS FURTHER ORDERED THAT Plaintiff's request to file under seal certain portions of its brief in opposition to Defendants' motion to dismiss is granted. The parties shall file the documents at issue under seal and shall file redacted public versions of the documents via ECF no later than Friday, April 27, 2012.

SO ORDERED.

Dated:      April 24, 2012
              New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE