USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-11-12

Duane Morris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
BOCA RATON
LAKE TAHOE

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

R. TERRY PARKER
DIRECT DIAL: +1 212 692 1089
FAX: +1 212 692 1020
E-MAIL: tparker@duanemorris.com

www.duanemorris.com

**MEMO ENDORSED**

May 9, 2012

**BY EMAIL**

Hon. Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street, Room 615
New York, New York 10007
Email: sullivannysdchambers@nysd.uscourts.gov

    RE: *Princeton Digital Image Corporation v. Hewlett-Packard Company, et al.*
         Case No. 1:12-CIV-00779 (RJS)

Dear Judge Sullivan:

We represent the plaintiff Princeton Digital Image Corporation ("PDIC") in the above-referenced action.

PDIC has become aware of recent developments in the reexamination of one of the patents in suit. We request leave to file a supplement to PDIC's response to Defendants' Motion to Stay to place this information before the Court prior to the hearing scheduled for May 17, 2012.

We thank the Court for its consideration.

> Plaintiff shall submit any supplemental materials no later than May 14, 2012.

Respectfully submitted,

R. Terry Parker

SO ORDERED
Dated: 5/11/12
RICHARD J. SULLIVAN
U.S.D.J.

cc: All Counsel of Record (by electronic mail)

DUANE MORRIS LLP
1540 BROADWAY    NEW YORK, NY 10036-4086
PHONE: +1 212 692 1000    FAX: +1 212 692 1020