**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PRINCETON DIGITAL IMAGE CORPORATION, <br><br> PLAINTIFF, <br><br> v. <br><br> HEWLETT-PACKARD COMPANY, FUJIFILM NORTH AMERICA CORPORATION F/K/A FUJIFILM U.S.A., INC. AND XEROX INTERNATIONAL PARTNERS, <br><br> DEFENDANTS. | CASE NO.: 1:12-CV-00779-RJS |

**SUPPLEMENTAL RESPONSE TO DEFENDANTS'**
**MOTION TO STAY**

Plaintiff, Princeton Digital Image Compression ("PDIC") herein supplements its response to Defendants' Motion to Stay this case pending re-examination of U.S. Patent Nos. 4,860,103 ("the Azam patent") and 4,813,056 ("the Fedele patent")[Docket No. 234] .

The predicate for Defendants' motion to stay is the alleged uncertainty of the outcome of reexamination of both the Azam and Fedele patents.  At the March 16, 2011 hearing, claims 8, 20 and 23 of the Fedele patent had by then been confirmed by the U.S. PTO after reexamination.

PDIC has recently received confirmation from the PTO that *all* claims of the Fedele patent have now been confirmed. (See Exhibit "A" to the Declaration of Terry Parker).

At the March 16th hearing, the Court inquired as to whether, if the case were to proceed on then then confirmed claims of the Fedele patent, if discovery would be limited in scope. While PDIC has not yet received notice that the claims of the Azam patent have likewise been confirmed, the products accused of infringement under the Fedele patent subsume a smaller set of products accused under the Azam patent.  The recent confirmation of all claims of the Fedele

patent confirms that discovery, if allowed to proceed, would be unrestricted in scope as to all products accused of infringement in this case. .

For the reasons set forth in PDIC's initial response, as supplemented above, there remains no basis for a stay to be entered in this case.

Dated: May 11, 2012

By: /s/ Gregory M. Luck
Robert Terry Parker
**DUANE MORRIS, LLP**
1540 Broadway
New York, New York 10036
Telephone: (212) 692-1089
Facsimile: (212) 214-0725

Gregory M. Luck, P.C. *(admitted pro hac vice)*
Thomas W. Sankey, P.C. *(admitted pro hac vice)*
Diana M. Sangalli *(admitted pro hac vice)*
Wesley W. Yuan *(admitted pro hac vice)*
Jennifer Trillsch *(admitted pro hac vice)*
**DUANE MORRIS, LLP**
1330 Post Oak Blvd., Suite 800
Houston, Texas 77056
Telephone: (713) 402-3900
Facsimile: (713) 583-9623

Jeffrey S. Pollack *(admitted pro hac vice)*
**DUANE MORRIS, LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1299
Facsimile: (215) 689-4942

**ATTORNEYS FOR PLAINTIFF,
PRINCETON DIGITAL IMAGE
CORPORATION**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that pursuant to Fed. R. Civ. P. 5(d) all counsel of record were served with a true and correct copy of the foregoing by CM/ECF Electronic Service on this the 11th day of May, 2012.

William H. Mandir ( wmandir@sughrue.com)
Yoshinari Kishimoto (ykishimoto@sughrue.com)
Brian K. Shelton (bshelton@sughrue.com)
Kelly G Hyndman(kghyndman@sughrue.com)
John F Rabena (jrabena@sughrue.com)
Mark J. Deboy (mdeby@sughrue.com)
**Sughrue Mion PLLC**
2100 Pennsylvania Ave., NW
Washington, DC  20037

J. Thad Heartfield (thad@jth-law.com)
M. Dru Montgomery  (dru@jth-law.com)
**The Heartfield Law Firm**

Richard A.Williamson
(rwilliamson@fzwz.com)
Craig S. Kesch (ckesch@fzwz.com)
**Flemming Zulack Williamson Zauderer, LLP**
One Liberty Plaza
New York, NY 10006

**Attorneys for Defendant**
**Xerox International Partners**

Steven J. Routh (sjrouth@orrick.com)
Sten A. Jensen (sjensen@orrick.com)
**Orrick, Herrington & Sutcliffe LLP**
1152 15th Street, NW
Washington DC  20005
Clifford R. Michel (cmichel@orrick.com)

**Attorneys for Defendant**
**Fujifilm North America Corporation**

Brian K. Erickson (brian.erickson@dlapiper.com)
**DLA Piper US LLP**
401 Congress Ave., Suite 2500
Austin, TX  78701-3799

Erin P. Gibson (erin.gibson@dlapiper.com)

Sean C. Cunningham
(scunningham@graycary.com)
Gray Cary Ware & Freidenrich, LLP
4365 Executive Dr., Suite 1100
San Diego, CA 92101

**Attorneys for Defendant**
**Hewlett-Packard Company**

*/s/* Gregory M. Luck
Gregory M. Luck