DuaneMorris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
BOCA RATON
LAKE TAHOE

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

R. TERRY PARKER
DIRECT DIAL: +1 212 692 1089
FAX: +1 212 692 1020
E-MAIL: tparker@duanemorris.com

www.duanemorris.com

June 4, 2012

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-5-12
```

**BY EMAIL**

Hon. Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street, Room 615
New York, New York 10007
Email: sullivannysdchambers@nysd.uscourts.gov

**MEMO ENDORSED**

RE: *Princeton Digital Image Corporation v. Hewlett-Packard Company, et al.*
**Case No. 1:12-CIV-00779 (RJS)**

Dear Judge Sullivan:

We represent the plaintiff Princeton Digital Image Corporation ("PDIC") in the above-referenced action. Pursuant to section 2(A) of Your Honor's Individual Practices, PDIC requests to seek leave to file a motion to redact certain portions of the transcript of the hearing with this Court dated May 17, 2012 and to file the un-redacted version of the May 17, 2012 transcript under seal, consistent with the Court's order of April 24, 2012 granting Defendants' requests to file under seal certain portions of its motion to dismiss for lack of standing and Plaintiff's request to file under seal certain portions of its brief in opposition to Defendants' motion to dismiss.

We thank the Court for its consideration.

Respectfully submitted,

R. Terry Parker

cc: All Counsel of Record (by electronic mail)

SO ORDERED
Dated: 6/4/12
RICHARD J. SULLIVAN
U.S.D.J.

DUANE MORRIS LLP

1540 BROADWAY   NEW YORK, NY 10036-4086                    PHONE: +1 212 692 1000   FAX: +1 212 692 1020