**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------

| | |
|---|---|
| PRINCETON DIGITAL IMAGE CORPORATION, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| V. | ) |
| | )CASE NO.: 1:12-CV-00779-RJS |
| HEWLETT-PACKARD COMPANY, | ) |
| FUJIFILM NORTH AMERICA | )ECF CASE |
| CORPORATION F/K/A FUJIFILM U.S.A., | ) |
| INC. AND XEROX INTERNATIONAL | ) |
| PARTNERS, | ) |
| | ) |
| DEFENDANTS. | ) |

------------------------------------------------------------

### NOTICE OF PLAINTIFF'S UNOPPOSED MOTION
### TO REDACT HEARING TRANSCRIPT
### AND FILE UNDER SEAL

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and the

Declaration of R. Terry Parker, plaintiff Princeton Digital Image Corporation ("PDIC"), by and

through the undersigned counsel, Duane Morris LLP, seeks to move this Honorable Court to

permit the redaction of certain portions of the transcript of the hearing before this Court dated

May 17, 2012, which is to be publicly available, and to file the un-redacted version of the May

17, 2012 transcript under seal.


Dated:  June 14, 2012          Respectfully submitted,

By:    /s/ _____
       Gregory M. Luck, P.C.(*admitted pro hac vice*)
       Thomas W. Sankey, P.C. (*admitted pro hac vice*)
       Diana M. Sangalli (*admitted pro hac vice*)
       Wesley W. Yuan (*admitted pro hac vice*)
       **DUANE MORRIS, LLP**
       1330 Post Oak Blvd, Suite 800
       Houston, Texas 77056

Telephone: (713) 402-3900
Facsimile:  (713) 583-9623

R. Terry Parker
1540 Broadway
New York, New York 10036
Telephone: (212) 692-1089
Facsimile:  (212) 214-0725

Jeffrey S. Pollack (*admitted pro hac vice*)
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1299
Facsimile: (215) 689-4942

Kristina Caggiano (*pro hac vice*)
Suite 1000
505 9th Street, N.W.
Washington, DC 20004-2166
Telephone: (202) 776-5284
Facsimile:  (202) 2478-2965

*ATTORNEYS FOR PLAINTIFF,*
*PRINCETON DIGITAL IMAGE*
*CORPORATION*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that pursuant to Fed. R. Civ. P. 5(d) all counsel of record were served with a correct copy of the foregoing by CM/ECF Electronic Service on this the 14th day of June 2012.

William H. Mandir ( wmandir@sughrue.com)
Yoshinari Kishimoto (ykishimoto@sughrue.com)
Brian K. Shelton (bshelton@sughrue.com)
Kelly G Hyndman(kghyndman@sughrue.com)
John F Rabena (jrabena@sughrue.com)
Mark J. Deboy (mdeby@sughrue.com)
**Sughrue Mion PLLC**
2100 Pennsylvania Ave., NW
Washington, DC  20037

J. Thad Heartfield (thad@jth-law.com)
M. Dru Montgomery    (dru@jth-law.com)
**The Heartfield Law Firm**

Richard A.Williamson (rwilliamson@fzwz.com)
Craig S. Kesch (ckesch@fzwz.com)
**Flemming Zulack Williamson Zauderer, LLP**
One Liberty Plaza
New York, NY 10006

*Attorneys for Defendant*
*Xerox International Partners*

Steven J. Routh (srouth@orrick.com)
Sten A. Jensen (sjensen@orrick.com)
**Orrick, Herrington & Sutcliffe LLP**
1152 15th Street, NW
Washington DC  20005

Clifford R. Michel (cmichel@orrick.com)

*Attorneys for Defendant*
*Fujifilm North America Corporation*

Brian K. Erickson (brian.erickson@dlapiper.com)
**DLA Piper US LLP**
401 Congress Ave., Suite 2500
Austin, TX  78701-3799

Erin P. Gibson (erin.gibson@dlapiper.com)

Sean C. Cunningham (scunningham@graycary.com)
Gray Cary Ware & Freidenrich, LLP
4365 Executive Dr., Suite 1100
San Diego, CA 92101

*Attorneys for Defendant*
*Hewlett-Packard Company*

/s/ _____
Edwin Grullon

DM1\3371963.1