IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| PRINCETON DIGITAL IMAGE CORPORATION, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| V. | ) |
| | ) CASE NO.: 1:12-CV-00779-RJS |
| HEWLETT-PACKARD COMPANY, | ) |
| FUJIFILM NORTH AMERICA | ) ECF CASE |
| CORPORATION F/K/A FUJIFILM U.S.A., | ) |
| INC. AND XEROX INTERNATIONAL | ) |
| PARTNERS, | ) |
| | ) |
| DEFENDANTS. | ) |

---

**DECLARATION OF R. TERRY PARKER IN SUPPORT OF PLAINTIFF'S
UNOPPOSED MOTION
TO REDACT HEARING TRANSCRIPT AND FILE UNDER SEAL**

I, R. Terry Parker, hereby declare:

1.   I submit this declaration in support of plaintiff Princeton Digital Image Corporation's Unopposed Motion to Redact Hearing Transcript and File Under Seal.

2.   Attached hereto as Exhibit A is a copy of the transcript of the hearing held before this Court on May 17, 2012, with PDIC's proposed redactions highlighted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed:   June 14, 2012
   New York, New York       /s/ _____
                            R. Terry Parker