```
USDS SDNY
DOCUMENT
ELECTRONICALLY
DOC #: _____
DATE FILED: 6-20-12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRINCETON DIGITAL IMAGE
CORPORATION,

                        Plaintiff,

-v-

HEWLETT-PACKARD, *et al.*,

                        Defendants.

No. 12 Civ. 779 (RJS)
<u>ORDER</u>

<u>RICHARD J. SULLIVAN</u>, District Judge:

On June 14, 2012, Plaintiff filed an unopposed motion to redact the transcript of the May 17, 2012 hearing and file certain portions of the transcript under seal. Previously, by Order dated April 24, 2012, this Court granted Plaintiff's request to file under seal certain portions of Defendants' motion to dismiss and certain portions of Plaintiff's brief in opposition to Defendants' motion to dismiss, having found that Plaintiff had overcome the presumption of public access to judicial records by adequately establishing that the information at issue would harm Plaintiff's competitive standing. (Doc. No. 243.) The portions of the transcript that Plaintiff now seeks to redact relate to the same information at issue in Plaintiff's previous request. Accordingly, IT IS HEREBY ORDERED THAT Plaintiff's request to file under seal the transcript of the May 17, 2012 hearing is granted. The court reporter is respectfully requested to file the transcript of the May 17, 2012 hearing under seal and to file Plaintiff's proposed redacted version publicly via ECF. The court reporters are also requested to provide only redacted copies of the transcript to

anyone other than the parties. The Clerk of the Court is respectfully requested to terminate the motion at Doc. No. 258.

SO ORDERED.

Dated:   June 19, 2012
         New York, New York

                                                RICHARD J. SULLIVAN
                                                UNITED STATES DISTRICT JUDGE