UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRINCETON DIGITAL IMAGE
CORPORATION,

Plaintiff,

-v-

HEWLETT-PACKARD, *et al.*,

Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-17-12

No. 12 Civ. 779  (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

Pursuant to its Order, dated April 18, 2012 (Doc. No. 238), the Court granted Plaintiff's

Motion for Issuance of Letters Rogatory.   Accordingly, the Clerk of Court is respectfully

requested to terminate the motion at docket entry 214.

SO ORDERED.

Dated:        October 17, 2012
              New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE