UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-5-12

PRINCETON DIGITAL IMAGE
CORPORATION,

          Plaintiff,

-v-

HEWLETT-PACKARD, *et al.*,

          Defendants.

No. 12 Civ. 779 (RJS)
ORDER

---

PRINCETON DIGITAL IMAGE
CORPORATION,

          Plaintiff,

-v-

FACEBOOK, INC., *et al.*,

          Defendants

No. 12 Civ. 6973 (RJS)
ORDER

---

PRINCETON DIGITAL IMAGE
CORPORATION,

          Plaintiff,

-v-

RICOH COMPANY, LTD.,

          Defendants.

No. 12 Civ. 6974 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of (1) Defendant Ricoh's letter, dated October 16, 2012, seeking permission to file a motion to consolidate its case with *Princeton Digital Image Corp. v. Hewlett-*

*Packard Co., et al.* for pre-trial matters. Ricoh also states that Defendants Facebook, Inc., *et al.* ("Facebook") may contemplate a similar motion. The Court is also in receipt of (2) Plaintiff's letter objecting to the consolidation of these cases on the grounds that, *inter alia*, a motion to dismiss is pending in the *Hewlett-Packard* action and a petition for a writ of mandamus contesting the transfer of the *Ricoh* action from the Eastern District of Texas is currently before the Federal Circuit.

Accordingly, IT IS HEREBY ORDERED THAT the parties in the above captioned actions shall participate in a pre-motion conference on December 7, 2012, at 2:30 p.m. Because many of the parties are located outside of New York, the conference will be held telephonically. To participate, the parties should call chambers at (212) 805-0264 at the time of the conference. IT IS FURTHER ORDERED THAT, if warranted, the Defendants in the *Hewlett-Packard* and *Facebook* actions shall file responses to the pre-motion letters no later than Wednesday, October 31, 2012. Please consult the Court's Individual Rules with respect to these letters and related matters. Finally, IT IS ORDERED THAT the parties in the *Ricoh* action shall notify the Court of any significant developments pertaining to the petition for a writ of mandamus.

SO ORDERED.

Dated:   October 26, 2012
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE