UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-5-12
```

PRINCETON DIGITAL IMAGE
CORPORATION,

               Plaintiff,

-v-

HEWLETT-PACKARD, *et al.*,

               Defendants.

No. 12 Civ. 779 (RJS)
ORDER

PRINCETON DIGITAL IMAGE
CORPORATION,

               Plaintiff,

-v-

FACEBOOK, INC., *et al.*,

               Defendants

No. 12 Civ. 6973 (RJS)
ORDER

PRINCETON DIGITAL IMAGE
CORPORATION,

               Plaintiff,

-v-

RICOH COMPANY, LTD.,

               Defendants.

No. 12 Civ. 6974 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

      On October 16, 2012, the Court received a letter from Defendant Ricoh seeking permission to file a motion to consolidate its case with *Princeton Digital Image Corp. v. Hewlett-Packard Co.,*

*et al.* for pre-trial matters. On October 24, 2012, the Court received Plaintiff's response to Defendant Ricoh's pre-motion letter objecting to the consolidation of these cases on a number of grounds. On October 26, 2012, the Court issued an Order permitting the Defendants in cases No. 12 Civ. 779 and No. 12 Civ. 6973 until October 31, 2012 to respond to these letters, if necessary. However, due to the Court's closure during and following Hurricane Sandy, that deadline is HEREBY EXTENDED until November 8, 2012 at 4:00 p.m. Please consult the Court's Individual Rules with respect to these letters and related matters.

SO ORDERED.

Dated:   November 5, 2012
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

2