UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-13-12
```

PRINCETON DIGITAL IMAGE
CORPORATION,

          Plaintiff,

-v-

HEWLETT-PACKARD, *et al.*,

          Defendants.

No. 12 Civ. 779 (RJS)
ORDER

PRINCETON DIGITAL IMAGE
CORPORATION,

          Plaintiff,

-v-

FACEBOOK, INC., *et al.*,

          Defendants

No. 12 Civ. 6973 (RJS)
ORDER

PRINCETON DIGITAL IMAGE
CORPORATION,

          Plaintiff,

-v-

RICOH COMPANY, LTD.,

          Defendants.

No. 12 Civ. 6974 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of Defendant Photobucket.com, Inc.'s letter, dated November 8, 2012 and submitted on behalf of all the *Facebook* Defendants, responding to Defendant Ricoh's pre-

motion letter seeking leave to file a motion to consolidate these actions for pre-trial purposes, as well as to Plaintiff's letter opposing that request. Defendant Photobucket.com, Inc. states the *Facebook* Defendants' support for the contemplated motion, and requests leave to file a joinder motion and a supplemental brief in support of the motion to dismiss currently pending in the *Hewlett-Packard* case. Accordingly, IT IS HEREBY ORDERED THAT the *Facebook* Defendants shall file their motion and brief no later than November 19, 2012 if they wish to join in that motion.

The Court is also in receipt of Defendant Getty Images's letter, dated November 8, 2012 and responding to the aforementioned pre-motion letters, suggesting in the name of judicial economy that the Court stay the claims against it pending resolution of the claims against the other Defendants. However, the benefits to the Court of this proposal are not apparent. Accordingly, Defendant Getty Images's request is HEREBY DENIED.

SO ORDERED.

Dated:   November 13, 2012
         New York, New York

                                                          RICHARD J. SULLIVAN
                                                          UNITED STATES DISTRICT JUDGE