**AMSTER ROTHSTEIN & EBENSTEIN** LLP
*Intellectual Property Law*

90 Park Avenue
New York NY 10016
Main  212 336 8000
Fax   212 336 8001
Web   www.arelaw.com

| Partners | | | |
|---|---|---|---|
| Morton Amster | Joseph M. Casino | Brian A. Comack | Suzue Fujimori |
| Jesse Rothstein (1934-2007) | Michael V. Solomita | David A. Boag | David R. Widomski |
| Daniel Ebenstein | Charles R. Macedo | | Jessica Capasso |
| Philip H. Gottfried | Michael J. Kasdan | *Associates* | Brian Amos, Ph.D. |
| Neil M. Zipkin | | Patrick Boland* | Andrea Vonnegen |
| Anthony F. Lo Cicero | *Senior Counsel* | Matthieu Hausig | Robert M. Bilotta, Jr. |
| Kenneth P. George | Marion P. Merelski | Jung S. Hahm | Addie Bendory |
| Abraham Kasdan, Ph.D. | Alan D. Miller, Ph.D. | Benjamin M. Halpern* | William M. Frank |
| Ira E. Silfin | Marc J. Jason | Benjamin Charkow | Hajime Sakai, Ph.D. |
| Chester Rothstein | Richard S. Mandaro | Mark Berkowitz | |
| Craig J. Arnold | Max Vern | Robert Burak | *Not admitted in New York* |
| | Holly Pekowsky | Samuel Lo | |

November 14, 2012

Via E-mail

Brian A. Comack
Direct 212 336 8098
E-mail bcomack@arelaw.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-15-12

**MEMO ENDORSED**

Honorable Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street, Room 640
New York, New York 10007

Re:  (1) *Princeton Digital Image Corp. v. Ricoh Company, Ltd.*,
        Civil Action No. 1:12-cv-06974-RJS
     (2) *Princeton Digital Image Corp. v. Hewlett-Packard Co.et al.*,
        Civil Action No. 1:12-cv-00779-RJS
     (3) *Princeton Digital Image Corp. v. Facebook, Inc. et al.*,
        Civil Action No. 1:12-cv-06973-RJS
     Our File: 71724/0006

Dear Judge Sullivan:

We represent Ricoh in the above referenced *Princeton v. Ricoh* action. On November 13, 2012, the Court granted the Defendants in the Facebook action permission to file a motion to join the pending Rule 12(b)(1) motion to dismiss for lack of standing, filed by the defendants in the Hewlett-Packard case ("Motion to Dismiss", ECF No. 218). Because the outcome of the Motion to Dismiss will also have an impact on the Ricoh action, Ricoh respectfully requests permission to file a motion to join the Motion to Dismiss, and to join the Facebook defendants in their supplemental briefing that is due on November 19, 2012. The Facebook Defendants have confirmed that they do not oppose Ricoh's joining in their briefing.

Very truly yours,

*/s/ Brian A. Comack*

Brian A. Comack

BC/MB

527476.2

SO ORDERED
Dated: 11/14/12
*/s/ Richard J. Sullivan*
RICHARD J. SULLIVAN
U.S.D.J.