**AMSTER ROTHSTEIN & EBENSTEIN** LLP
*Intellectual Property Law*

90 Park Avenue
New York NY 10016

Main   212 336 8000
Fax    212 336 8001
Web   www.arelaw.com

| Partners | Joseph M. Casino | Brian A. Comack | Suzue Fujimori |
| --- | --- | --- | --- |
| Morton Amster | Michael V. Solomita | David A. Boag | David R. Widomski |
| Jesse Rothstein (1934-2005) | Charles R. Macedo | | Jessica Capasso |
| Daniel Ebenstein | Michael J. Kasdan | *Associates* | Brian Amos, Ph.D. |
| Philip H. Gottfried | | Patrick Boland* | Andrei Voinigescu |
| Neil M. Zipkin | *Senior Counsel* | Matthieu Hausig | Robert M. Bilotta, Jr. |
| Anthony F. Lo Cicero | Marion P. Metelski | Jung S. Hahn | Addie Bendory |
| Kenneth P. George | Alan D. Miller, Ph.D. | Benjamin M. Halpern* | William M. Frank |
| Abraham Kasdan, Ph.D. | Marc J. Jason | Benjamin Charkow | Hajime Sakai, Ph.D. |
| Ira E. Silfin | Richard S. Mandaro | Mark Berkowitz | |
| Chester Rothstein | Max Vern | Robert Burak | |
| Craig J. Arnold | Holly Pekowsky | Samuel Lo | * Not admitted in New York |

November 19, 2012

**MEMO ENDORSED**

Michael V. Solomita
Direct 212 336 8060
E-mail msolomita@arelaw.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/2012
```

Via E-mail

Honorable Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street, Room 640
New York, New York 10007

Re:   (1) *Princeton Digital Image Corp. v. Ricoh Company, Ltd.*,
          Civil Action No. 1:12-cv-06974-RJS
      (2) *Princeton Digital Image Corp. v. Hewlett-Packard Co.et al.*,
          Civil Action No. 1:12-cv-00779-RJS
      (3) *Princeton Digital Image Corp. v. Facebook, Inc. et al.*,
          Civil Action No. 1:12-cv-06973-RJS
      Our File: 71724/0006

Dear Judge Sullivan:

We represent Ricoh in the above referenced *Princeton v. Ricoh* action. We write to request permission to file under seal the supplemental brief in support of the pending Rule 12(b)(1) motion to dismiss for lack of standing, filed by the defendants in the Hewlett-Packard case ("Motion to Dismiss", ECF No. 218).

By way of background, the Court recently granted Ricoh and the Defendants in the Facebook action permission to join the Motion to Dismiss, and to submit supplemental briefing on the Motion to Dismiss (ECF Nos. 66 and 69), by November 19, 2012. The supplemental briefing includes citations to, and excepts from, confidential materials previously sealed by the Court in the Hewlett-Packard case. (*See* ECF Nos. 243, 262).

In particular, the materials-at-issue, which were designated as confidential by Plaintiff, pertain to the chain of title of the patents-in-suit. Plaintiff asserted that these materials "concern highly confidential transactions that involve persons who are not parties to this litigation." (ECF 229 at 2). In this regard, Plaintiff contended that, pursuant to *Lugosch v. Pyramid Co. of Onandaga*, 435 F.3d 110, 119 (2d Cir. 2006), the confidentiality of these materials should be preserved. (*Id.* at 3-5). The Court agreed. By Order dated April 24, 2012,

527823.1

Honorable Richard J. Sullivan      2      November 19, 2012

the Court granted Plaintiff's motion to file under seal certain portions of the Motion to Dismiss, and Plaintiff's brief in opposition to the Motion to Dismiss. (H-P Action, ECF No. 243). Specifically, the Court found that "Plaintiff has adequately established that the information at issue would harm Plaintiff's competitive standing, thereby overcoming the presumption of public access to judicial records." (*Id.*).

In addition, the supplemental brief includes reference and citation to the May 17, 2012 hearing on the Motion to Dismiss ("the Hearing"). Previously, the Court granted an unopposed motion by Plaintiff to redact the transcript of the Hearing, for the same reasons set forth in its April 24, 2012 Order. (*See* H-P Action, ECF No. 262).

Accordingly, Ricoh respectfully requests the Court's permission to file its supplemental brief under seal.

Very truly yours,

Michael V. Solomita

MVS/MB

```
Defendant's request to file under seal certain
portions of its motion to dismiss is granted
for the reasons set forth in the Court's Order
of April 24, 2012.  The parties shall file the
documents at issue under seal, and shall file
redacted public versions of the documents via
ECF no later than Tuesday, November 20, 2012.
```

SO ORDERED
Dated: 11/19/12

RICHARD J. SULLIVAN
U.S.D.J.

527823.1