MEMO ENDORSED     DuaneMorris°

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
BOCA RATON
LAKE TAHOE

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

GREGORY M. LUCK
DIRECT DIAL: +1 713 402 3937
PERSONAL FAX: +1 713 583 3796
*E-MAIL:* GMLuck@DuaneMorris.com

*www.duanemorris.com*

November 26, 2012

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-27-12
```

BY ELECTRONIC MAIL

The Honorable Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street, Room 640
New York, New York 10007
sullivannysdchambers@nysd.uscourts.gov

Re:   ***Princeton Digital Image Corp. v. Hewlett-Packard Co. et al.,***
      **Civil Action No. 1:12-cv-00779-RJS**

      ***Princeton Digital Image Corp. v. Facebook Inc. et al.,***
      **Civil Action No. 1:12-cv- 06973-RJS**

      ***Princeton Digital Image Corp. v. Ricoh Company, Ltd. et al.,***
      **Civil Action No. 1:12-cv- 06974-RJS**

Dear Judge Sullivan:

We represent plaintiff Princeton Digital Image Corp. ("PDIC") in the actions *Princeton Digital Image Corp. v. Facebook Inc. et al.*, Civil Action No. 1:12-cv- 06973-RJS, and *Princeton Digital Image Corp. v. Hewlett-Packard Co. et al.*, Civil Action No. 1:12-cv-00779-RJS. We write to request leave to respond to the Supplemental Brief in Support of Defendants' Motion to Dismiss for Lack of Standing Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure filed by the defendants in the above-referenced Facebook and Ricoh actions on November 20, 2012 ("Defendants' Supplemental Brief").

While Defendants' Supplemental Brief is predominantly a mere rehash of arguments already paraded before this Court by the defendants in the HP action, Defendants' Supplemental Brief is rife with misstatements of law and fact which warrant a response from PDIC. Accordingly, PDIC respectfully requests leave to file a response to Defendants' Supplemental Brief.

DUANE MORRIS LLP

---

1330 POST OAK BOULEVARD, SUITE 800   HOUSTON, TX 77056-3166       PHONE: +1 713 402 3900   FAX: +1 713 402 3901
DM2\3901644.1 F4371/00005

DuaneMorris

The Honorable Richard J. Sullivan
November 26, 2012
Page 2

Sincerely,

Gregory M. Luck

GML:fs

cc:     All Counsel of Record for Civil Action No. 1:12-cv-00779-RJS and Civil Action No.
        1:12-cv-06973-RJS

•

Plaintiff shall submit a brief reply
no later than November 28, 2012.
SO ORDERED.

SO ORDERED
Dated:
11/26/12          RICHARD J. SULLIVAN
                  U.S.D.J.