# MEMO ENDORSED

**Duane Morris**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
BOCA RATON
LAKE TAHOE
MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

R. TERRY PARKER
DIRECT DIAL: +1 212 692 1089
PERSONAL FAX: +1 212 214 0725
E-MAIL: tparker@DuaneMorris.com

www.duanemorris.com

November 29, 2012

**VIA EMAIL**

The Honorable Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street, Room 615
New York, New York 10007
Email: sullivannysdchambers@nysd.uscourts.gov

> Notwithstanding any other provision, no document may be filed under seal without a further Order of this Court. Any application to seal shall be accompanied by an affidavit(s) and a memorandum of law, demonstrating that the standards for sealing have been met and specifically addressing *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006) and any other controlling authority. Nothing herein is intended to alter or modify the applicability of FRCP 5.2 to this case.
>
> SO ORDERED.
> Dated: 11/30/12
> RICHARD J. SULLIVAN
> U.S.D.J.

Re: *Princeton Digital Image Corp. v. Hewlett-Packard Co. et al.*,
Civil Action No. 1:12-cv-00779-RJS

*Princeton Digital Image Corp. v. Facebook Inc. et al.*,
Civil Action No. 1:12-cv- 06973-RJS

Judge Sullivan,

We represent plaintiff Princeton Digital Image Corp. ("PDIC") in the above-referenced actions. On November 19, 2012, the Court granted the defendants in Civil Action No. 1:12-cv- 06973-RJS permission to file certain portions of their motion to dismiss under seal, for reasons set forth in the Court's Order dated April 24, 2012 from Civil Action No. 1:12-cv-00779-RJS. Certain portions of PDIC's response to the defendants' motion to dismiss refer to the same information ruled protected in the Court's April 24, 2012 Order. Accordingly, PDIC requests to file its response to the defendants' motion to dismiss under seal. A redacted copy has already been filed by ECF.

Respectfully submitted,

R. Terry Parker

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-3-12

cc: All Counsel of Record (via electronic mail)

DUANE MORRIS LLP

1540 BROADWAY    NEW YORK, NY 10036-4086    PHONE: 212.692.1000    FAX: 212.692.1020