UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-4-12
```

PRINCETON DIGITAL IMAGE
CORPORATION,

        Plaintiff,

-v-

HEWLETT-PACKARD, *et al.*,

        Defendants.

No. 12 Civ. 779 (RJS)
ORDER

PRINCETON DIGITAL IMAGE
CORPORATION,

        Plaintiff,

-v-

FACEBOOK, INC., *et al.*,

        Defendants

No. 12 Civ. 6973 (RJS)
ORDER

PRINCETON DIGITAL IMAGE
CORPORATION,

        Plaintiff,

-v-

RICOH COMPANY, LTD.,

        Defendants.

No. 12 Civ. 6974 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    Due to new issues raised in the recent supplemental filings regarding the pending motion to dismiss in *Princeton Digital v. Hewlett-Packard*, No. 12 Civ. 779, IT IS HEREBY ORDERED

THAT the telephonic conference in the above-captioned matter, currently scheduled for December 7, 2012, is adjourned *sine die*.

SO ORDERED.

Dated:      December 3, 2012
            New York, New York

                                          _____
                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE