UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| PRINCETON DIGITAL IMAGE CORPORATION, | |
| Plaintiff, | No. 12 Civ. 779 (RJS) |
| -v- | ORDER |
| HEWLETT-PACKARD, *et al.*, | |
| Defendants. | |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-21-12

RICHARD J. SULLIVAN, District Judge:

The Clerk of the Court is respectfully directed to docket the attached documents.

SO ORDERED.

Dated:   December 20, 2012
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE