北美事務協調委員會
駐美國台北經濟文化代表處總部
**Coordination Council for North American Affairs**
*Headquarters for*
*Taipei Economic and Cultural Representative Office in the U.S.*
*(TECRO)*
133 BoAi Road, Taipei, Taiwan, Republic of China
Tel: 23119212   Fax: 23822651

Ref No: TECRO 10158033780

OCT -5 2012

October 4, 2012

Mr. Morgan A. Parker
Chief
Consular Section
American Institute in Taiwan
Taipei Office
7, Lane 134, Xinyi Road, Sec. 3
Taipei 10659

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-21-12

Dear Mr. Parker,

    In reply to AIT/T's letter (AIT-B-397) dated June 14, 2012 concerning the transmittal of legal documents to Altek Corporation, I am writing to inform you that the documents have been duly served. Enclosed please find the certificate of service from the Taiwan HsinChu District Court for your reference.

Sincerely yours,

Patrick J. Ho
Chief
Administrative Division

Encl : a/s

RECEIVED
OCT 0 9 2012
By_____

# 訊 問 筆 錄

受訊問人　華晶科技股份有限公司

上列當事人間101年度助字第10號囑託訊問事件於中華民國101年8月31日上午11時30分在本院民事第二法庭訊問出席職員如下：

　　法　　官　蔡孟芳
　　書 記 官　蕭宛琴
　　通　　譯　賴光浪

朗讀案由。
到庭關係人：
　　詳如報到單

本日進行要領及記載明確之事項如下：
受訊問人代理人
林啟生（身分證統一編號：P122927218號、70年6月25日生、住新台市中和區中山路二段178巷15號5樓）
戴呈軒（身分證統一編號：Q123317842號、74年9月6日生、新北市永和區得和路107號2樓）
法官
　　與華晶科技股份有限公司之關係？
受訊問人代理人林
　　我是公司的法務。是華晶公司的員工。
受訊問人代理人戴
　　我是專利工程師，是華晶公司的員工。
法官
　　有無經華晶公司授權到庭證述？
受訊問人代理人林、戴
　　有。

......院受囑託就PDIC（PRINCETON DIGITAL IMAGE CORPORATION）與HP（Hewlett-Packard Company，惠普公司）間專利侵權事件訊問證人，到庭證人須據實陳述，不得匿飾增減，並命具結。

受訊問人代理人林

我們拒絕作證，故無庸具結。我們公司與本件有利害關係，庭後我們再具狀釋明。因為我們所為的證述可能日後在美國會有成為訴訟當事人的風險，所以我們希望不要作證。

受訊問人代理人戴

訊問的內容涉及公司的營業密秘，此部分無法提供作為證詞。

法官

有無攜帶

1. 足以識別2004年至2008年貴公司設計、開發、制造、出售、以其他方式提供hp或代表其提供的每一項攝影機產品的文件？
2. 對於回應第1項要求時確定的每一項攝影機產品，足以識別與該攝影機產品相關的每一項JPEG組件的文件？
3. 對於回應第1項要求時指出的每一項攝影機產品，正確圖解或說明該攝影機產品（及該攝影機產品包括的每一項JPEG組件）把圖像收據編碼成JPEG圖像文件的操作方式的任何和所有文件，包括圖解、說明或識別用於把圖像數據編碼成JPEG圖像文件的密語，把圖像數據編碼成JPEG圖像文件的算法，以及執行這些算法的源代碼。
4. 對於回應第1項要求時確定的第一項攝影機產品，足以識別該攝影機產品相關的每一項獲取控制組件的文件。
5. 對於回應第1項要求時確定的每一項攝影機產品，正碼圖解或說明該攝影機產品（及該攝影機產品包括的每一項獲取控制組件）執行或者參與執行數碼圖像過程中自動曝光控制及（或）自動取得控制的操作方式的文件，使用的算

法（包括但不限於用於自動獲取控制及（或）自動曝光控制以產生控制信號的算法），以及執行這些算法的源代碼。

6. 華晶為攝影機產品把圖像數據編碼成JPEG圖像文件而設計、製造及（或）編寫的關於任何和所有固件的全部文件，包括這類固體所包含的所有源代碼的所有版本（以源代碼閱讀工具可以閱讀的形式）。
7. 關於華晶設計的與攝影機產品相關的任何和所有持殊應用積體電話（ASICS）及（或）數碼信號處理器的所有文件，包括SUNNY6.2版本ASIC。
8. 提及或者反映回應HP要求的要求2 所確定的JPEG組件及（或）要求4 所確定的獲取控制組件的修改或變更的任何要求或規格的任何和所有文件。
9. 提及或關於本訴訟、訴訟專利或PDIC的任何和所有文件。
10. 提及、關或組成你與HP之間關於回應要求1 所確定的攝影機的任何協議、協議提議或協議修訂的所有文件。
11. 提及或關於2010年到現在HP提出的關於本訴訟或者為本訴訟目的的文件要求及（或）詢問的任何和所有文件。

受訊問人代理人

除第11項到目前為止HP公司並未向華晶公司提起任何訴訟或因訴訟之目的而請求提供相關文件外，其餘事項均涉及公司營業秘密，所以我們拒絕作證也拒絕提出文件。

法官

2004年至2008年，你設計、開發、製造、銷售或者以其它方式提供給HP或者代表後者提供的每一項攝影機產品，以及每一項攝影機產品所包含或相關的每一個JPEG組件和獲得控制組件的識別？

受訊問人代理人

拒絕證言、拒絕提供。

法官

你對所有攝影機產品把圖像數據編碼成JPEG圖像文件的操作

和方式的知識，包括HPM527等原設備製造商（OEM）攝影機，包括你對用於把圖像數據編碼成JPEG圖像文件的密語、用於把圖像數據編碼成JPEG圖像文件的算法以及執行這類算法的源代碼的知識？

受訊問人代理人

拒絕證言、拒絕提供。

法官

你在下列方面的知識：所有攝像機產品的操作及其方式，包括HPM527等OEM攝影機，執行自動獲取控制及（或）自動曝光控制，包括你關於用於自動獲取及（或）曝光控制產生控制信號的技術和算法、執行這類技術和算法的源代碼等知識？

受訊問人代理人

拒絕證言、拒絕提供。

法官

你關於華晶為任何攝影機產品設計及（或）編寫的固件方面的知識，包括納入這類固件的源代碼的操作方式？

受訊問人代理人

拒絕證言、拒絕提供。

法官

你關於所有JPEG組件把圖像數據編成或者參與編碼成JPEG圖像文件的操作及其方式方面的知識，包括但不限於SUNNY6.2版本組件？

受訊問人代理人

拒絕證言、拒絕提供。

法官

你關於所有獲取控制組件執行或參與執行自動獲取控制及（或）自動曝光控制的操作及其方式方面的知識，包括但不限於SUNNY6.2版本？

受訊問人代理人

拒絕證言、拒絕提供。

法官

關於主題1 確定的每一項攝影機產品的設計和開發、以及任何和所有修訂或變更的情形，而這類設計、開發、修訂或變更是根據HP的要求做出的？

受訊問人代理人

拒絕證言、拒絕提供。

法官

你與HP之間關於主題1 確定的攝影機產品的任何和所有協議、協議提議或協議修訂的情形？

受訊問人代理人

拒絕證言、拒絕提供。

法官

HP在2010年到現在提出的與本訴訟相關或者為了本訴訟之目的的任何和所有文件要求及（或）詢問的情形？

受訊問人代理人

拒絕證言、拒絕提供。

法官

為回應上述"要求提供的文件"而提供的每一項文件或物件（包括源代碼）的識別、來源和真實性？

受訊問人代理人

拒絕證言、拒絕提供。

法官

宣示本件候核辦。

受訊問人代理人 [簽名]

中　華　民　國　101　年　8　月　31　日

臺灣新竹地方法院民事第一庭

書 記 官 [簽名]

法　　官 蔡立芳



民 事 科 收：慧股書記官
101.9.07
11691

# 民事訴訟證人拒絕證言陳明狀

| 案　　　號 | 101 年度助字第 10 號 | 承辦股別 | 慧 股 |
|---|---|---|---|
| 訴訟標的金額或價額 | 新臺幣　　零　　元。 | | |
| 稱　　謂 | 名　　稱 | | |
| 陳 明 人 | 華晶科技股份有限公司 | 營利事業統一編號：97307625<br><br>營業地址：新竹市科學園區力行路12號<br><br>郵遞區號：300　　　電話：(03)578-4567<br><br>傳真：(03) 578-1155<br><br>送達代收人：林啟生<br><br>送達處所：新竹市科學園區力行路12號 | |

連同筆錄由後續記機關

（法官印 101.9.-7）

8-040-109

為拒絕證言陳明事：

一、證人有下列各款情形之一者，得拒絕證言：（一）證人就其職務上或業務上有秘密義務之事項受訊問者；（二）證人非洩漏其技術上或職業上之秘密不能為證言者。民事訴訟法第307條第1項第4款、第5款分別定有明文。

二、原告PDIC與被告惠普公司等間專利侵權訴訟（案件編號：1:12-CV-00779-RJS），經國際司法協助情求，貴院定在101年8月31日上午11時30分行囑託訊問程序，並通知陳明人到場對於原告請求事項作證。然原告要求提供的證據事項涉及陳明人重要技術研發文件（包含相關執行原始碼及設計元件），上開文件係陳明人於經營生產、銷售數位相機時數位影像處理技術所使用之特定元件之來源資訊，乃屬數位相機產業中之重要商業機密，亦當屬我國營業秘密法第二條所規定之營業秘密。為此陳明人依外國法院委託事件協助法第6條準用民事訴訟法第307條第1項第4款、第5款之規定，拒絕證言。

此 致

新竹地方法院 公鑒

| 證物名稱及件數 | 0件。 |
|---|---|

中 華 民 國 １０１ 年 ９ 月 ４ 日

具狀人 華■科技股份有限公司

法定代理人 徐善可

