UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

PRINCETON DIGITAL IMAGE
CORPORATION,

                Plaintiff,

    -v-

HEWLETT-PACKARD, *et al.*,

                Defendants.

---

No. 12 Civ. 779  (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Clerk of Court is requested to docket Plaintiff's letter, dated May 18, 2012 and submitted to the Court in the above-captioned action.

SO ORDERED.

Dated:      March 14, 2013
            New York, New York

                                    RICHARD J. SULLIVAN
                                    UNITED STATES DISTRICT JUDGE

DuaneMorris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
BOCA RATON
LAKE TAHOE

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

R. TERRY PARKER
DIRECT DIAL: +1 212 692 1089
FAX: +1 212 692 1020
E-MAIL: tparker@duanemorris.com

www.duanemorris.com



May 18, 2012

**BY EMAIL**

Hon. Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street, Room 615
New York, New York 10007
Email: sullivannysdchambers@nysd.uscourts.gov

      RE:    ***Princeton Digital Image Corporation v. Hewlett-Packard Company, et al.***
           **Case No. 1:12-CIV-00779 (RJS)**

Dear Judge Sullivan:

     We represent the plaintiff Princeton Digital Image Corporation ("PDIC") in the above-referenced action.  We write concerning recent developments that impact Defendants' March 23, 2012 Motion to Stay Pending Reexamination of the Asserted Patents ("Motion to Stay").  *See* Dkt. # 234.  PDIC has learned that the claims at issue in the reexamination of U.S. Patent Nos. 4,860,103 ("the Azam patent") have been confirmed by the United States Patent and Trademark Office ("USPTO").  We attach hereto, as Exhibit A, a copy of the May 17, 2012 notification from the USPTO.  Accordingly, all claims for both patents at issue in this litigation have been confirmed by the USPTO.  PDIC respectfully submits that there is now no basis for Defendants' Motion to Stay.

     We thank the Court for its consideration.

                    Sincerely,

                    R. Terry Parker

cc:    All Counsel of Record (by electronic mail)