USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-4-13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PRINCETON DIGITAL IMAGE
CORPORATION,

                Plaintiff,

-v-

HEWLETT-PACKARD, *et al.*,

                Defendants.

No. 12 Civ. 779 (RJS)
ORDER

---

PRINCETON DIGITAL IMAGE
CORPORATION,

                Plaintiff,

-v-

FACEBOOK, INC., *et al.*,

                Defendants

No. 12 Civ. 6973 (RJS)
ORDER

---

RICHARD J. SULLIVAN, District Judge

The Court is in receipt of the parties' letters, dated April 2, 2013, concerning the next contemplated steps in these actions. Specifically, (1) all parties raise disputes concerning the proposed case management plans, (2) Defendants state their intention to move for reconsideration of the Court's denial of their motion to dismiss, (3) Plaintiff requests that the Court adopt the patent rules followed in the Eastern District of Texas, (4) Plaintiff also requests that certain confidential documents be removed from the docket sheet in the *HP* action, and (5) the parties in the *Facebook* action state their intention to submit another protective order to the Court. Accordingly, IT IS HEREBY ORDERED THAT the parties shall appear for a status conference on April 26, 2013 at

2:00 p.m. in Courtroom 905 of the United States District Court, 40 Foley Square, New York. New York. IT IS FURTHER ORDERED THAT Plaintiff's request regarding the adoption of the Eastern District of Texas's patent rules is denied. IT IS FURTHER ORDERED THAT the Clerk of Court shall seal the documents at docket entires 232, 235, and 242 in *PDIC v. HP*, 12 Civ. 779. IT IS FINALLY ORDERED THAT the HP Defendants shall file a redacted version of their reply brief no later than April 12, 2013.

SO ORDERED.

Dated:     April 4, 2013
           New York, New York

                                                    _____
                                                    RICHARD J. SULLIVAN
                                                    UNITED STATES DISTRICT JUDGE