IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRINCETON DIGITAL IMAGE CORPORATION,<br><br>      Plaintiff,<br><br> -v-<br><br>HEWLETT-PACKARD., *et al.,*<br><br>      Defendants. | No. 12 Civ. 779 (RJS) [rel. Civ. 6973] |
| PRINCETON DIGITAL IMAGE CORPORATION,<br><br>      Plaintiff,<br><br> -v-<br><br>FACEBOOK INC., *et al.*,<br><br>      Defendants. | No. 12 Civ. 6973 (RJS) [rel. Civ. 779] |

**NOTICE OF DEFENDANTS' MOTION FOR RECONSIDERATION OF ORDER
DENYING MOTION TO DISMISS FOR LACK OF STANDING OR, IN THE
<u>ALTERNATIVE, FOR CERTIFICATION PURSUANT TO 28 U.S.C. § 1292(B)</u>**

WEST\240829695.1

**PLEASE TAKE NOTICE THAT**, upon the accompanying memoranda of law and all of the pleadings filed herein, defendants FUJIFILM North America Corporation, Hewlett-Packard Company, and Xerox International Partners in the 773 Case; and defendants Facebook, Inc., Corbis Corporation, and Getty Images (US), Inc. in the 6973 Case (collectively "Defendants") hereby move pursuant to Local Civil Rule 6.3 for reconsideration of the Court's March 21, 2013 Memorandum and Order (Doc. 282 in the 773 Case and Doc. 213 in the 6973 Case) denying Defendants' motion to dismiss PDIC's complaints pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of standing. In the alternative, Defendants request that the Court certify its Order for immediate appeal under 28 U.S.C. § 1292(b).

**PLEASE TAKE FURTHER NOTICE** that no oral argument shall be heard unless directed by the Court.


Dated: April 5, 2013

                                            *s/ Sean C. Cunningham*
                                            Sean C. Cunningham (*pro hac vice*)
                                            sean.cunningham@dlapiper.com
                                            Erin P. Gibson (*pro hac vice*)
                                            erin.gibson@dlapiper.com
                                            **DLA PIPER US LLP**
                                            401 B Street, Suite 1700
                                            San Diego, CA  92101
                                            Telephone:     619-699-2700
                                            Facsimile:      619-699-2701

                                            Brian K. Erickson (*pro hac vice*)
                                            brian.erickson@dlapiper.com
                                            **DLA PIPER US LLP**
                                            401 Congress Ave., Suite 2500
                                            Austin, TX  78701-3799
                                            Telephone:     512-457-7059
                                            Facsimile:      512-457-7001

                                            **ATTORNEYS FOR DEFENDANT**
                                            **HEWLETT-PACKARD COMPANY**

1

*s/ Steven J. Routh (with permission)*
Steven J. Routh (*pro hac vice*)
srouth@orrick.com
LEAD ATTORNEY
Sten A. Jensen (*pro hac vice*)
sjensen@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
1152 15th Street, NW
Washington DC  20005
Telephone:     202-339-8400
Facsimile:     202-339-8500

Clifford R. Michel
cmichel@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 West 52nd Street
New York, NY 10019
Telephone:     212-506-5000
Facsimile:     212-506-5151

**ATTORNEYS FOR DEFENDANT FUJIFILM NORTH AMERICA CORPORATION**


*s/ Richard A. Williamson (with permission)*
Richard A. Williamson
rwilliamson@fzwz.com
Craig S. Kesch
ckesch@fzwz.com
**FLEMMING ZULACK WILLIAMSON ZAUDERER LLP**
One Liberty Plaza
New York, New York 10006-1404
Tel: (212) 412-9500
Fax: (212) 964-9200

William H. Mandir (*pro hac vice*)
wmandir@sughrue.com
John F. Rabena (*pro hac vice*)
jrabena@sughrue.com
Yoshinari Kishimoto (*pro hac vice*)
ykishimoto@sughrue.com
Kelly G. Hyndman (*pro hac vice*)
kghyndman@sughrue.com
Brian K. Shelton (*pro hac vice*)
bshelton@sughrue.com

2

**SUGHRUE MION, PLLC**
2100 Pennsylvania Ave., NW
Washington, DC 20037
Telephone: 202-775-7515
Facsimile: 202-293-7860

**ATTORNEYS FOR DEFENDANT
XEROX INTERNATIONAL PARTNERS**


*/s/ Heidi Lyn Keefe (with permission)*
Heidi Lyn Keefe
Elizabeth L. Stameshkin
Mark Randolph Weinstein
Cooley LLP
5 Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
Telephone: 650-843-5000
Facsimile: 650-849-7400
hkeefe@cooley.com
lstameshkin@cooley.com
mweinstein@cooley.com

Michael Graham Rhodes
Cooley LLP
101 California Street, 5th Floor
San Francisco, CA 94111
Telephone: 415-693-2000
Facsimile: 415-963-2222
rhodesmg@cooley.com

Jeffrey Norberg
Cooley, LLP
3175 Hanover Street
Palo Alto, CA 94304
Telephone: 650-843-5000
Facsimile: 650-857-0663
jnorberg@cooley.com

Deron R. Dacus
The Dacus Firm, PC
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: 903-705-1117
Facsimile: 903-705-1117
ddacus@dacusfirm.com

3

**ATTORNEYS FOR DEFENDANT FACEBOOK, INC.**

*/s/ Christopher Schenck (with permission)*
Christopher Schenck
Bracewell & Giuliani – Seattle
701 Fifth Avenue, Suite 600
Seattle, WA 98104
Telephone: 206-204-6200
Facsimile: 206-204-6262
chris.schenck@bgllp.com

Alan D. Albright
Benjamin Lee Bernell
Bracewell & Giuliani – Austin
111 Congress Avenue, Suite 2300
Austin, TX 78701
Telephone: 512-472-7800
Facsimile: 512-472-9123
alan.albright@bgllp.com
ben.bernell@bgllp.com

John Allen Yates
Bracewell & Giuliani – Houston
711 Louisiana St., Suite 2300
Houston, TX 77002
Telephone: 713-221-1375
Facsimile: 713-222-3296
jay.yates@bgll.com

**ATTORNEYS FOR DEFENDANT CORBIS CORPORATION**

*/s/ Ramsey M. Al-Salam (with permission)*
Ramsey M. Al-Salam
Sher S. Kung
Perkins Coie LLP (Seattle)
1201 Third Avenue, 40th Floor
Seattle, WA 98101
Telephone: 206-359-6385
Facsimile: 206-359-7385
skung@perkinscoie.com
ralsalam@perkinscoie.com

Manny Joseph Caixeiro
Perkins Coie LLP

4

30 Rockefeller Plaza, 25th Floor
New York, NY 10112
Telephone: 212-977-6900
Facsimile: 212-977-1649
mcaixeiro@perkinscoie.com

**ATTORNEYS FOR DEFENDANT
GETTY IMAGES (US), INC.**