UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRINCETON DIGITAL IMAGE
CORPORATION,

                Plaintiff,

-v-

HEWLETT-PACKARD, *et al.*,

                Defendants.

No. 12 Civ. 779 (RJS)
ORDER

PRINCETON DIGITAL IMAGE
CORPORATION,

                Plaintiff,

-v-

FACEBOOK, INC., *et al.*,

                Defendants

No. 12 Civ. 6973 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge

    The Court is in receipt of Defendants' motion for reconsideration or certification, filed April 5, 2013. Accordingly, IT IS HEREBY ORDERED THAT Plaintiff shall respond no later than Friday, April 12, 2013, and Defendants shall reply no later than Tuesday, April 16, 2013.

SO ORDERED.

Dated:    April 9, 2013
            New York, New York

                                                RICHARD J. SULLIVAN
                                                UNITED STATES DISTRICT JUDGE