**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-26-13

PRINCETON DIGITAL IMAGE CORPORATION, )
)
PLAINTIFF, )
)
v. ) CASE NO.: 1:12-CV-00779-RJS
)
HEWLETT-PACKARD COMPANY, FUJIFILM )
NORTH AMERICA CORPORATION F/K/A ) ORDER FOR ADMISSION
FUJIFILM U.S.A., INC. AND XEROX ) PRO HAC VICE
INTERNATIONAL PARTNERS, )
)
DEFENDANTS. )
)

The motion of Jeffrey Shawn Pollack, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the states of New Jersey and Pennsylvania; and that his contact information is as follows:

Jeffrey S. Pollack
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1299
Facsimile: (215) 689-4942
JSPollack@duanemorris.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for *Princeton Digital Image Corporation* in the above entitled action;
**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court as subject to Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an ECF PASSWORD.

Dated: 4/25/13

_____
United States District/Magistrate Judge