# MEMO ENDORSED

**DuaneMorris®**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
PALO ALTO
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
BOCA RATON
LAKE TAHOE

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

GREGORY M. LUCK
DIRECT DIAL: +1 713 402 3937

www.duanemorris.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-26-13
```

April 24, 2013

VIA EMAIL (SULLIVANNYSDCHAMBERS@NYSD.USCOURTS.GOV)

The Honorable Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street, Room 615
New York, New York 10007

Re: *Princeton Digital Image Corp. v. Hewlett-Packard Co. et al.,*
Civil Action No. 1:12-cv-00779-RJS

Dear Judge Sullivan:

Counsel for Plaintiff, Princeton Digital Image Corporation ("PDIC") requests that lead trial attorney, Gregory M. Luck, who is based in Houston, Texas, be permitted to attend this conference via telephone.

PDIC has made inquiry to counsel for all Defendants. PDIC has received no objections from any of the Defendants.

Respectfully submitted,

Gregory M. Luck

cc: Sean Cunningham, Esq. (counsel for defendant Hewlett-Packard Company)
Steven J. Routh, Esq. (counsel for defendant Fujifilm North America Corporation)
William H. Mandir, Esq. (counsel for defendant Xerox International Partners)
Manny J. Caixeiro, Esq. (counsel for defendant Getty Images (US), Inc.)

```
Plaintiff's request is GRANTED. Plaintiff is HEREBY ORDERED to call
chambers at (212) 805-0264 at the time of the conference.
```

SO ORDERED
Date: 4/25/13
RICHARD J. SULLIVAN
U.S.D.J.

DUANE MORRIS LLP
1330 POST OAK BOULEVARD, SUITE 800   HOUSTON, TX 77056-3166   PHONE: +1 713 402 3900   FAX: +1 713 402 3901
DM1\3826141.1 F4371/00001