DOC # 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



------------------------------x
                              :
In the Matter of              :
                              :            STANDING ORDER
Electronic Devices and        :            M10-468
General Purposes Computing Devices :
                              :
------------------------------x

At its meeting of February 17, 2010, the Board of Judges of the Southern District of New York approved adoption of the following standing order of the court and attached standard form of order, effective April 1, 2010:

(a) No one other than court officials engaged in the conduct of court business shall bring any camera, transmitter, receiver, recording device, Personal Electronic Device, or General Purpose Computing Device into the courthouses of this district and their environs except as permitted by this rule. "Environs" for purposes of this rule includes the entire United States Courthouse properties including all entrances to and exits from the buildings. Any violation of this rule may result in sanctions including, but not limited to, fines and forfeiture of the privileges granted by this Rule.

(b) Any member of the Bar of this Court with a valid Service Pass issued by the District Executive's Office[1], Assistant United States Attorneys and Federal Defenders, in each case for this district, may, subject to security screening, bring one Personal Electronic Device into the courthouses of this district and their environs for that attorney's own use. The Personal Electronic Device may not be shared with any other person and must not be used in a manner that disrupts or interferes with any judicial proceeding. No Personal Electronic Device may be brought into any courtroom or judicial chambers if the judge to whom the courtroom or chambers is assigned prohibits the introduction of such devices.

(c) Members of the Bar with a valid Service Pass issued by the District Executive's Office, Assistant United States Attorneys and Federal Defenders, in each case for this district, may, with the written permission of the judge presiding and subject to security screening, bring General Purpose Computing Devices into the courthouses of this district and their environs for use in trials and proceedings in presenting evidence, managing and accessing documents and files, and making use of the Internet access service provided by a private vendor under contract with the Court. The written permission of the judge presiding shall be granted only by means of a standard form of order[2] which shall (1) enumerate specifically the devices for which permission is granted, and (2) be prescribed, and may be amended from time to time, by the Court in

---

[1] The District Executive's Office will issue an appropriate Service Pass to an attorney who has been admitted to the Bar of this Court and presents a valid State Unified Court System Attorney Service Pass.

[2] Attached as exhibit A.

accordance with its internal procedures. General Purpose Computing Device screens and monitors are limited to one screen or monitor per General Purpose Computing Device and shall not obstruct vision or otherwise interfere with the proceedings. The judge presiding shall not grant permission for any party or group of commonly represented parties to bring more than three General Purpose Computing Devices into the courthouses of this district and their environs without prior consultation with the Chair of the Technology Committee or the Chair's designee.

(d) All sound emitting capabilities including, without limitation, any ring tone or vibrating sound, must be off whenever a Personal Electronic Device or General Purpose Computing Device is in any courtroom. No Personal Electronic Device or General Purpose Computing Device may be used in any courtroom for communicating with other individuals or entities without the express permission of the Judge. Any capability of a Personal Electronic Device or General Purpose Computing Device to make or record images or sounds or to send or receive wireless transmissions and any infrared ports therein shall be off whenever the device is in any courthouse of this district or their environs, except that telephone calls, e-mails, internet research and text messaging shall be permitted, in each case outside of the courtroom. Printers, scanners and other noise-emitting devices shall not be connected to authorized Personal Electronic Devices or General Purpose Computing Devices while in a courtroom. No Personal Electronic Device or General Purpose Computing Device shall be connected to the Court's computer network or any device connected thereto. No General Purpose Computing Device that is connected to a court reporter's device for the purpose of receiving a real-time feed may be networked with any other Personal Electronic Device or General Purpose Computing Device.

(e) The Chief Judge or, in the absence of the Chief Judge, the Chair of the Court's Security Committee, may suspend the privilege of bringing Personal Electronic Devices or General Purpose Computing Devices into the courthouses and their environs that is granted by this Rule. The suspension may be in whole or in part and may affect only particular courthouses and their environs or parts thereof. Any such suspension shall terminate at the conclusion of the next regularly scheduled meeting of the Board of Judges except to the extent the Board of Judges continues the suspension either in its original or a modified form.

(f) *Definitions*

  (1) "Personal Electronic Device" includes any cellular telephone, personal digital assistant, Palm Pilot, iPhone, Blackberry, personal digital assistant, and any other comparable device except for a "General Purpose Computing Device."

  (2) "General Purpose Computing Device" includes any laptop, notebook, netbook and desktop computer, and any other comparable device.

SO ORDERED.

_____
Loretta A. Preska
Chief Judge

Dated:   New York, New York
         February 17, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
IN THE MATTER OF AN APPLICATION
TO BRING AN ELECTRONIC DEVICE(S)
INTO THE DANIEL PATRICK MOYNIHAN
UNITED STATES COURTHOUSE
FOR USE IN A TRIAL OR PROCEEDING
-----------------------------------x

EXHIBIT A

Order No. _____

I hereby authorize the following attorney(s) to bring the General Purpose Computing Device(s) ("GPCD") listed below into the Courthouse for use in a trial or proceeding in the action entitled Princeton Digital Image Corporation v. Hewlett-Packard, No. 12-CV-00779, which is anticipated to begin on June 25, 2013 and conclude on June 25, 2013.

| Attorney | Device(s) |
|---|---|
| 1. Brian Erickson | Laptop |
| 2. Lane Simmons | Laptop |
| 3. | |
| 4. | |

*(Attach Extra Sheet If Needed)*

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Their bringing of the equipment into the building constitutes a certification by them that the electronic device(s) lack (a) the capacity to make or record images or sounds or to send or receive wireless transmissions, and (b) one or more infrared ports or, alternatively, that any such capability or ports have been disabled. They shall not use or permit the use of such equipment to make or record images or sounds or to send or receive wireless transmissions. They shall comply in all respects with the requirements printed on the reverse side of this page.

This order does not authorize any attorney or law firm to bring more than three GPCDs into the Courthouse unless its receipt has been acknowledged below by the Chair of the Court's Technology Committee.

SO ORDERED.

Dated: 6/24/13

_____
United States Judge

RECEIPT ACKNOWLEDGED

_____
Chair (or designee), Technology Committee

*(The provisions on page 2 are an integral part of this order.)*