DuaneMorris·

R. TERRY PARKER
DIRECT DIAL: 212.692.1089
E-MAIL: tparker@duanemorris.com

www.duanemorris.com

**MEMO ENDORSED**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

June 26, 2013

**BY E-MAIL (sullivannysdchambers@nysd.uscourts.gov)**

The Hon. Richard J. Sullivan
Thurgood Marshall
United States District Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

> Re:   ***Princeton Digital Image Corporation v. Hewlett-Packard Company et al.***
>       **No. 12 Civ. 00779 (RJS)**

Dear Judge Sullivan:

We represent plaintiff Princeton Digital Image Corporation in the above-referenced matter and write on behalf of all parties to request an extension of the deadline for the parties to file their Joint Claim Construction and Prehearing Statement. The original deadline was July 3, 2013. The parties request an extension up to and including July 12, 2013 in order to continue with their negotiations in effort to narrow the claim construction issues that will be presented to the Court. This is the first request for an extension of a deadline set by Your Honor's Case Management Plan and Scheduling Order. All parties agree to the proposed extension. This extension will not affect any other scheduled dates.

We thank the Court for its consideration.

Respectfully submitted,

*s/R. Terry Parker*

cc:   All Counsel of Record (by e-mail)

SO ORDERED.
Dated:  6/26/13

RICHARD J. SULLIVAN
U.S.D.J.