Sullivan, R.

JUDGE
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-9-13

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
PRINCETON DIGITAL IMAGE CORPORATION,   )
                                       )
         PLAINTIFF,                    )
                                       )
V.                                     )
                                       )  CASE NO.: 1:12-CV-00779-RJS
HEWLETT-PACKARD COMPANY,               )
FUJIFILM NORTH AMERICA                 )
CORPORATION F/K/A FUJIFILM U.S.A.,     )
INC. AND XEROX INTERNATIONAL           )
PARTNERS,                              )
                                       )
         DEFENDANTS.                   )
-----------------------------------------------------------

## STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Princeton Digital Image Corporation and Defendant Xerox International Partners by and through their respective counsel, hereby stipulate and agree to a dismissal with prejudice of all claims and counterclaims asserted between them. Each party shall bear its own costs and attorneys' fees.

Dated: July 9, 2013                         Respectfully submitted,

By: /s/ William H. Mandir                   By: /s/ R. Terry Parker
    William H. Mandir                           R. Terry Parker
    Yoshinari Kishimoto                         **DUANE MORRIS, LLP**
    Brian K. Shelton                            1540 Broadway
    Kelly G Hyndman                             New York, New York 10036
    John F Rabena                               Telephone: (212) 692-1089
    Mark J. Deboy                               Facsimile:  (212) 214-0725
    **Sughrue Mion PLLC**
    2100 Pennsylvania Ave., NW                  Gregory M. Luck (*pro hac vice*)
    Washington, DC  20037                       Diana M. Sangalli (*pro hac vice*)
                                                Fiona Bell (*pro hac vice*)
    Telephone:: (202) 663-7959                  **DUANE MORRIS, LLP**

DM1\3995352.1                                1

SO ORDERED
Dated: 7/9/13
/s/ RICHARD J. SULLIVAN
U.S.D.J.