MEMO ENDORSED


**DLA PIPER**

DLA Piper LLP (US)
401 B Street, Suite 1700
San Diego, California 92101-4297
www.dlapiper.com

Sean C. Cunningham
sean.cunningham@dlapiper.com
T  619.699.2900
F  619.764.6600

SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/13

July 11, 2013

The Honorable Richard J. Sullivan
United States District Court
Southern Division of New York
500 Pearl Street, Room 640
New York, New York 10007

*CONTAINS PLAINTIFF'S CONFIDENTIAL INFORMATION DESIGNATED "OUTSIDE COUNSEL ONLY"*

Re:   *Princeton Digital Image Corp. v. Canon Inc., et al.*, Civil Action No. 1:12-cv-00779

Dear Judge Sullivan:

We write on behalf of defendants Hewlett-Packard Company and Fujifilm North America Corporation to request a modification of the deadline for defendants to disclose any opinions of counsel in this case and produce related documents and privilege logs, in order to bring the deadline into agreement with the deadline set forth in the Local Patent Rules that went into effect on April 8, 2013.

Defendants conferred with counsel for Plaintiff, and Plaintiff indicated that it does not oppose this request.

According to the current Case Management Plan and Scheduling Order, any party relying on an opinion of counsel must produce documents and privilege logs by July 15, 2013. However, after the parties submitted their proposed case management plans to Your Honor on April 2, 2013, the Southern District of New York issued the attached Standing Order approving Local Patent Rules that went into effect on April 8, 2013. See Exhibit A, Standing Order In re Local Patent Rules.

Under the new Local Patent Rules, any opinions of counsel and related documents are not required to be produced until no later than 30 days after a claim construction order. This makes sense, because the claim construction order interpreting claim meaning will define the scope of claims asserted in this case. Given the discrepancy between the disclosure requirement in the Case Management Plan in this case and the procedure set forth in the Local Patent Rules, Defendants would like to adjust the opinion of counsel deadline to comport with the Local Patent Rules.

Accordingly, Defendants propose that the Court order that any Defendant relying on an opinion of counsel shall be required to produce such documents and related privilege log within 30 days after a claim construction order is entered in this case. Defendants have not previously requested an extension of this deadline, and do not anticipate that an extension will impact other scheduled dates.

Very truly yours,

DLA Piper LLP (US)

*Sean C. Cunningham*
Sean C. Cunningham
Partner

SO ORDERED
Dated: 7/11/13

*Richard J. Sullivan*
RICHARD J. SULLIVAN
U.S.D.J.