UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRINCETON DIGITAL IMAGE
CORPORATION,

                Plaintiff,

-v-

HEWLETT-PACKARD, CO., *et al.*,

                Defendants

No. 12 Civ. 779 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of Plaintiff's letter, dated July 25, 2013, requesting a pre-motion conference concerning its contemplated motion for issuance of letters rogatory in relation to its action against Defendant FujiFilm. The Court's Individual Rule of Practice 2.A states that all parties served with such a letter "**must** submit a letter response, not to exceed three pages, within three business days from service of the notification letter." Though Defendant FujiFilm was copied on the letter, to date, it has not responded. Accordingly, IT IS HEREBY ORDERED THAT Defendant FujiFilm shall respond to Plaintiff's letter no later than August 7, 2013.

SO ORDERED.

Dated:     August 2, 2013
           New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE