UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRINCETON DIGITAL IMAGE
CORPORATION,

                Plaintiff,

-v-

HEWLETT-PACKARD, CO., *et al.*,

                Defendants

No. 12 Civ. 779 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of the parties' letter, dated August 13, 2013, concerning yet another discovery dispute between Plaintiff and Defendant Fujifilm. In the letter, Plaintiff seeks leave to file a motion to compel Fujifilm to respond to Plaintiff's Interrogatories 3 through 5. Fujifilm objects that it has sufficiently responded to Interrogatories 3 and 4, and that the parties have not yet met and conferred regarding Interrogatory 5. Fujifilm has the better of the argument. First, Plaintiff nowhere alleges how Fujifilm's responses to Interrogatories 3 and 4 are deficient. Instead, Plaintiff rails that Fujifilm has failed to provide complete translations of responsive documents. However, Fujifilm does not have English translations of the documents at issue. Moreover, Fujifilm has translated the relevant portions of those documents into English. The rules governing discovery require no more. Second, the Court will not compel Fujifilm to further respond to Interrogatory 5 when the parties have yet to discuss Plaintiff's particular objections. Accordingly, Plaintiff's request for leave to file a motion to compel is DENIED.

SO ORDERED.

Dated:    August 15, 2013
             New York, New York

                                                 RICHARD J. SULLIVAN
                                               UNITED STATES DISTRICT JUDGE