UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRINCETON DIGITAL IMAGE CORPORATION,<br><br>PLAINTIFF,<br><br>-against-<br><br>HEWLETT-PACKARD COMPANY, FUJIFILM NORTH AMERICA CORPORATION F/K/A FUJIFILM U.S.A., INC. AND XEROX INTERNATIONAL PARTNERS,<br><br>DEFENDANTS | 1: 12-cv-00779-RJS<br><br>[~~PROPOSED~~] ORDER FOR ADMISSION PRO HAC VICE<br><br>USDS SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 8-20-13 |

The motion of Christopher J. Higgins, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the District of Columbia and the State of Ohio; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Christopher J. Higgins |
| Firm Name: | Orrick, Herrington & Sutcliffe LLP |
| Address: | 1152 15th Street N.W. |
| City/State/Zip: | Washington, D.C. 20005 |
| Telephone/Fax: | Tel. (202) 339-8418; Fax (202) 339-8500 |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Fujifilm North America Corporation, in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Dated: August 20, 2013

_____
United States District/~~Magistrate Judge~~