UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



PRINCETON DIGITAL IMAGE
CORPORATION,

                       Plaintiff,

-v-

HEWLETT-PACKARD, CO., *et al.*,

                       Defendants

No. 12 Civ. 779 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of the parties' letter, dated August 9, 2013, requesting an expansion of the Court's page limits for briefing. The parties request a sixty-page limit for their opening claim construction briefs and a forty-page limit for their responsive briefs. However, the Court concludes that a forty-five–page limit for opening briefs is appropriate and a thirty-page limit for responsive briefs is appropriate.

SO ORDERED.

Dated:       August 16, 2013
                New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE