

**DLA PIPER**

DLA Piper LLP (US)
401 B Street, Suite 1700
San Diego, California 92101-4297
www.dlapiper.com

Sean C. Cunningham
sean.cunningham@dlapiper.com
T 619.699.2900
F 619.764.6600

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-26-13

August 23, 2013

VIA EMAIL (SULLIVANNYSDCHAMBERS@NYSD.USCOURTS.GOV)

The Honorable Richard J. Sullivan
United States District Court
Southern Division of New York
500 Pearl Street, Room 640
New York, New York 10007

Re: *Princeton Digital Image Corp. v. Canon Inc., et al.*, Civil Action No. 1:12-cv-00779

Dear Judge Sullivan:

The parties write jointly regarding the Court's order dated August 16, 2013 (Docket No. 321). The parties received the Court's order yesterday, August 22, 2013, after filing their opening claim construction briefs on Monday, August 19, 2013. The Court's order requires the parties to submit opening claim construction briefs of no more than 45 pages, and responsive claim construction briefs of no more than 30 pages.

The parties intend to comply with the Court's order by filing shortened claim construction briefs of no more than 45 pages. The parties request until Thursday, August 29, 2013, to file shortened opening briefs. The parties also request a one-week extension of time to file their responsive claim construction briefs, to September 16, 2013. This will allow the parties to appropriately respond to the shortened opening briefs. Responsive claim construction briefs were originally due on September 9, 2013, the parties have not previously requested an extension of the deadline, and all parties consent to the extension request.

We appreciate the Court's consideration of these short extensions in order to comply with the Court's order.

Very truly yours,

DLA Piper LLP (US)

*[signature]*
Sean C. Cunningham
Partner

Admitted to practice in California

SO ORDERED *[signature]*
Dated: 8/23/13      RICHARD J. SULLIVAN
                    U.S.D.J.

cc: All Counsel (see attached service list)

WEST\241868665.1