UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRINCETON DIGITAL IMAGE
CORPORATION,

                Plaintiff,

-v-

HEWLETT-PACKARD, CO., *et al.*,

                Defendants

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-16-13
```

No. 12 Civ. 779 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of Plaintiff's letter, dated September 13, 2013, requesting a pre-motion conference to discuss a proposed Motion to Compel Responses to Interrogatories from Defendant Hewlett-Packard Company ("HP").

Under Rule 2.G of this Court's Individual Practices, parties must submit discovery disputes through (a) a <u>jointly-composed letter</u> (b) <u>not to exceed five pages</u> and (c) <u>not to include any exhibits or attachments, unless those exhibits or attachments are specific written requests and the dispute concerns refusal to respond to such requests</u>. Plaintiff's letter fails to conform to all three requirements of Rule 2.G. First, though it contains a section describing Defendant's position, the letter does not make clear whether it is jointly composed and submitted by both parties. Second, excluding exhibits, the letter is eight pages long. Third, accompanying the letter are forty-three pages of exhibits, including two lengthy email chains and Defendant's Supplemental Responses to Plaintiff's Interrogatories.

Accordingly, IT IS HEREBY ORDERED THAT, because Plaintiff's letter clearly and substantially fails to conform to the Court's Individual Practices, Plaintiff's request for a pre-motion conference is DENIED without prejudice to an amended joint letter that strictly conforms to this Court's Individual Practices. The Court reiterates that exhibits to discovery dispute joint letters are permitted

*only* if the dispute concerns a refusal to respond to a specific written request, in which case *only* the specific written request itself may be attached as an exhibit. *See* Individual Practices Rule 2.G.

SO ORDERED.

Dated:   September 13, 2013
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE
