USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-27-13

EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
IN THE MATTER OF AN APPLICATION
TO BRING AN ELECTRONIC DEVICE(S)
INTO THE DANIEL PATRICK MOYNIHAN            Order No. _____
UNITED STATES COURTHOUSE
FOR USE IN A TRIAL OR PROCEEDING
------------------------------------x

I hereby authorize the following attorney(s) to bring the General Purpose Computing Device(s) ("GPCD") listed below into the Courthouse for use in a trial or proceeding in the action entitled Princeton Digital Image Corporation v Hewlett-Packard, No. 12-CV-00779, which is anticipated to begin on October 11, 2013 and conclude on October 11, 2013.

| Attorney | Device(s) |
| --- | --- |
| 1. R. Terry Parker | Laptop |
| 2. | |
| 3. | |
| 4. | |

*(Attach Extra Sheet If Needed)*

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Their bringing of the equipment into the building constitutes a certification by them that the electronic device(s) lack (a) the capacity to make or record images or sounds or to send or receive wireless transmissions, and (b) one or more infrared ports or, alternatively, that any such capability or ports have been disabled. They shall not use or permit the use of such equipment to make or record images or sounds or to send or receive wireless transmissions. They shall comply in all respects with the requirements printed on the reverse side of this page.

This order does not authorize any attorney or law firm to bring more than three GPCDs into the Courthouse unless its receipt has been acknowledged below by the Chair of the Court's Technology Committee.

SO ORDERED.
Dated: 9/27/13

United States Judge

RECEIPT ACKNOWLEDGED

_____
Chair (or designee), Technology Committee

*(The provisions on page 2 are an integral part of this order.)*