UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRINCETON DIGITAL IMAGE
CORPORATION,

               Plaintiff,

-v-

HEWLETT-PACKARD, CO., *et al.*,

               Defendants

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-2-13

No. 12 Civ. 779 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    In light of a conflict in the Court's trial calendar, IT IS HEREBY ORDERED THAT the claim construction hearing in this case is rescheduled to Thursday, October 31, 2013, at 2:00 PM.

SO ORDERED.

Dated:    October 2, 2013
             New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE