UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



PRINCETON DIGITAL IMAGE
CORPORATION,

                Plaintiff,

-v-

HEWLETT-PACKARD, CO., *et al.*,

                Defendants

No. 12 Civ. 779 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

In light of a conflict in the Court's trial calendar, IT IS HEREBY ORDERED THAT the telephonic status conference originally scheduled for October 4, 2013, at 10:30 AM is rescheduled for October 7, 2013, at 11:00 AM.

SO ORDERED.

Dated:     October 3, 2013
              New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE