UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-7-13
```

PRINCETON DIGITAL IMAGE
CORPORATION,

                     Plaintiff,

-v-

HEWLETT-PACKARD, CO., *et al.*,

                     Defendants

No. 12 Civ. 779 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    As discussed during the status conference held today, IT IS HEREBY ORDERED THAT the parties shall meet and confer by October 11, 2013 regarding whether Defendant HP intends to produce worldwide data in response to Plaintiff's interrogatories. The parties shall submit, no later than October 14, 2013, a joint letter of no more than six single-spaced pages informing the Court whether they have reached an agreement and, if not, setting forth each side's position, including the relevant facts and legal authority.

    IT IS FURTHER ORDERED that if the parties intend to modify the discovery schedule, they shall submit a joint modified case management plan and proposed scheduling order no later than October 31, 2013.

SO ORDERED.

Dated:      October 7, 2013
               New York, New York

                                                   RICHARD J. SULLIVAN
                                                   UNITED STATES DISTRICT JUDGE