UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRINCETON DIGITAL IMAGE
CORPORATION,

            Plaintiff,

-v-

HEWLETT-PACKARD, CO., *et al.*,

            Defendants

No. 12 Civ. 779 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-15-13

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED that the E-discovery status conference originally scheduled for Friday, October 18, 2013, at 10:30 am is ADJOURNED because there are no current, unresolved discovery disputes between the parties. All other discovery deadlines set by the Court remain in effect.

SO ORDERED.

Dated:    October 15, 2013
             New York, New York

                              RICHARD J. SULLIVAN
                              UNITED STATES DISTRICT JUDGE