UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRINCETON DIGITAL IMAGE
CORPORATION,

                Plaintiff,

-v-

HEWLETT-PACKARD, CO., *et al.*,

                Defendants

No. 12 Civ. 779 (RJS)
ORDER

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-15-13

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED that the claim construction hearing in this case is rescheduled to Thursday, November 7, 2013, at 9:30 a.m. The parties shall each have two hours to use how they wish.

SO ORDERED.

Dated:      October 15, 2013
                New York, New York

                                      RICHARD J. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE