Case 1:12-cv-00779-RJS   Document 326-1   Filed 09/12/13   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRINCETON DIGITAL IMAGE CORPORATION,

PLAINTIFF,

V.

HEWLETT-PACKARD COMPANY,
FUJIFILM NORTH AMERICA
CORPORATION F/K/A FUJIFILM U.S.A.,
INC. AND XEROX INTERNATIONAL
PARTNERS,

DEFENDANTS.

)
)
)
)
)
) CASE NO.: 1:12-CV-00779-RJS
)
) **ORDER FOR CHRISTOPHER J.**
) **TYSON'S ADMISSION PRO HAC**
) **VICE**
)
)
)
)
)

USDS ...
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-17-13

The motion of Christopher J. Tyson, for admission to practice Pro Hac Vice in the above captioned matter is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Virginia and the District of Columbia; and that his contact information is as follows:

Christopher J. Tyson
**Duane Morris LLP**
505 9th Street, N.W, Suite 1000
Washington, DC 20004-2166
Phone: (202) 776 7851
Facsimile: (202) 776 7801
Email: CJTyson@duanemorris.com

Applicant having requested Pro Hac Vice to appear for all purposes as counsel for Princeton Digital Image Corporation in the above entitled litigation:

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York, All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

3

Filing (ECF) system, counsel shall immediately apply for and ECF password at apply for an ECF PASSWORD.

Dated: 10/17/13

_____
United States District/ ~~Magistrate~~ Judge

4