IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRINCETON DIGITAL IMAGE CORPORATION,<br><br>                    Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY, ET AL.<br><br>                    Defendants. | Case No. 12-cv-00779-RJS<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Theodore M. Sabety, member of this Court in good standing, respectfully enters his appearance as counsel on behalf of Plaintiff Princeton Digital Image Corporation in the above-referenced action and has been designated to accept service of all pleadings, notices, filings, correspondence and any other papers relating to this litigation on behalf of Plaintiff Princeton Digital Image Corporation.

Dated:  October 18, 2013           Respectfully submitted,

                                    By:    */s/ Theodore M. Sabety*
                                           Theodore M. Sabety
                                           Sabety +associates, PLLC
                                           8 West 40th St., 12th Floor
                                           New York, NY 10018
                                           (212) 481-8686
                                           (646) 349-2782 (facsimile)
                                           docket@sabety.net

                                           *Counsel for Princeton Digital Image Corporation*