UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

IN THE MATTER OF AN APPLICATION
TO BRING AN ELECTRONIC DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A TRIAL OR PROCEEDING

-------------------------------------------------------------- x

IT IS HEREBY ORDERED that the parties shall
be permitted to enter the Courtroom with
the devices below in order to test them
on November 6, 2013.

I hereby authorize the following attorney(s) to bring the General Purpose Computing Device(s) ("GPCD") listed below into the Courthouse for use in a trial or proceeding in the action entitled PDIC v. Hewlett-Packard Co. et al. , No. 12-cv-00779 , which is anticipated to begin on November 7, 2013 and conclude on November 7, 2013 .

| Attorney | Device(s) |
|---|---|
| 1. Steven J. Routh | Laptop Computer |
| 2. Sten A. Jensen | Laptop Computer |
| 3. Christopher J. Higgins | Laptop Computer |

*(Attach Extra Sheet If Needed)*

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Their bringing of the equipment into the building constitutes a certification by them that the electronic device(s) lack (a) the capacity to make or record images or sounds or to send or receive wireless transmissions, and (b) one or more infrared ports or, alternatively, that any such capability or ports have been disabled. They shall not use or permit the use of such equipment to make or record images or sounds or to send or receive wireless transmissions. They shall comply in all respects with the requirements printed on the reverse side of this page.

This order does not authorize any attorney or law firm to bring more than three GPCDs into the Courthouse unless its receipt has been acknowledged below by the Chair of the Court's Technology Committee.

SO ORDERED.

Dated:      *10/29/13*

RECEIPT ACKNOWLEDGED

_____

Chair (or designee), Technology Committee

_____
United States Judge

USDS SDNY     Revised: August 29, 2013
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/13