IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRINCETON DIGITAL IMAGE CORPORATION,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY, ET AL.<br><br>　　　　　Defendants. | Case No. 12-cv-00779-RJS<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Sean T. O'Kelly, admitted to this Court *pro hac vice* in this matter, respectfully enters his appearance as counsel on behalf of Plaintiff Princeton Digital Image Corporation in the above-referenced action and have been designated to accept service of all pleadings, notices, filings, correspondence and any other papers relating to this litigation on behalf of Plaintiff Princeton Digital Image Corporation.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Sean T. O'Kelly*
　　　　　　　　　　　　　　　　　　Sean T. O'Kelly, Esquire
　　　　　　　　　　　　　　　　　　O'Kelly Ernst & Bielli, LLC
　　　　　　　　　　　　　　　　　　901 N. Market Street, Suite 1000
　　　　　　　　　　　　　　　　　　Wilmington, Delaware  19801
　　　　　　　　　　　　　　　　　　(302) 778-4000
　　　　　　　　　　　　　　　　　　(302) 295-2873 (facsimile)
　　　　　　　　　　　　　　　　　　sokelly@oeblegal.com

　　　　　　　　　　　　　　　　　　*Counsel for Princeton Digital Image Corporation*

Dated: October 31, 2013