UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRINCETON DIGITAL IMAGE
CORPORATION,

                    Plaintiff,

-v-

HEWLETT-PACKARD, CO., *et al.*,

                    Defendants

No. 12 Civ. 779 (RJS)
REVISED CASE MANAGEMENT
PLAN AND SCHEDULING ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-14-13

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of the parties' joint November 5, 2013 letter. IT IS HEREBY ORDERED that the Case Management Plan and Scheduling Order (Doc. No. 296) is modified as follows:

1. All remaining discovery shall be completed by February 6, 2014. No further discovery extensions will be granted in this case.

2. The Court shall conduct a post-discovery conference on March 14, 2014 at 11:00 a.m.

3. If either party contemplates a motion, the post-discovery conference will function as a pre-motion conference. Pre-motion letters are to be submitted by February 28, 2014. Pursuant to Rule 2.A of the Court's Individual Practices, responses to pre-motion letters are to be submitted within three business days from the date of service of the initial pre-motion letter. If neither party contemplates a dispositive motion, the post-discovery conference will function as a pre-trial conference at which a trial date will be set.

SO ORDERED.

Dated:      November 13, 2013
               New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE