Case 1:12-cv-00779-RJS   Document 358   Filed 11/25/13   Page 1 of 1
Case 1:12-cv-00779-RJS   Document 357-2   Filed 11/21/13   Page 1 of 1
Case 1:12-cv-00779-RJS   Document 356-2   Filed 11/20/13   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY
DOC #: _____
DATE FILED: 11-25-13

PRINCETON DIGITAL IMAGE
CORPORATION,

Plaintiff

-v-

HEWLETT-PACKARD, CO., *et al.*,

Defendants

12-cv-779 (RJS)

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of John R. Inge for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the District of Columbia and the states of Massachusetts and California, and that his contact information is:

    Applicant's Name:  John R. Inge
    Firm Name:         Orrick, Herrington & Sutcliffe LLC
    Address:           Columbia Center
                       1152 15th Street, NW
                       Washington, DC 20005-1706
    Telephone:         (202) 339-8445
    Fax:               (202) 339-8500
    E-Mail:            jinge@orrick.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for FUJIFILM North America Corporation in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 11/22/13

United States District ~~Magistrate~~ Judge