USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-3-13

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

PRINCETON DIGITAL IMAGE
CORPORATION,

    Plaintiff,

v.

HEWLETT-PACKARD COMPANY, ET AL.

    Defendants.

Case No. 12-cv-00779-RJS

**ORDER**

The Motion of Michael K. Botts for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the District of Columbia and that his contact information is as follows:

Michael K. Botts, Esquire
O'Kelly Ernst & Bielli, LLC
1629 K Street NW, Suite 300
Washington, DC 20006
703-780-1295
202-204-2236 (facsimile)
mkbotts@verizon.net

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Princeton Digital Image Corporation in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 12/2/13

_____
United States District Judge