IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| PRINCETON DIGITAL IMAGE CORPORATION, Plaintiff, v. HEWLETT-PACKARD COMPANY, ET AL. Defendants. | Case No. 12-cv-00779-RJS ORDER |
|---|---|

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-3-13

The Motion of George Pazuniak for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Delaware and that his contact information is as follows:

George Pazuniak, Esquire
O'Kelly Ernst & Bielli, LLC
901 N. Market Street, Suite 1000
Wilmington, Delaware 19801
(302) 778-4000
(302) 295-2873 (facsimile)
gp@del-iplaw.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Princeton Digital Image Corporation in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 12/2/13

_____
United States District Judge