**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PRINCETON DIGITAL IMAGE CORPORATION,<br><br>　　PLAINTIFF,<br>V.<br><br>HEWLETT-PACKARD COMPANY, ET AL.,<br><br>　　DEFENDANTS. | CASE NO.: 1:12-CV-00779-RJS<br><br>**ORDER FOR ADMISSION**<br>**OF DIANA M. SZEGO**<br>**PRO HAC VICE**<br><br>ELECTRONICALLY<br>DOC #: _____<br>DATE FILED: 12-3-13 |

The motion of Diana M. Szego, for admission to practice Pro Hac Vice in the above-captioned action is granted. Applicant has declared that he is a member in good standing of the bar of the District of Columbia, and New York; and that her contact information is as follows:

> Diana M. Szego
> Orrick, Herrington, & Sutcliffe LLP
> 1152 15th Street, NW
> Washington, DC  20005
> Tel: (202) 339-8533; Fax: (202) 339-8500
> Email: dszego@orrick.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for FUJIFILM North America Corporation in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATED: 12/3/13

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Richard J. Sullivan
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge