UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------

Princeton Digital Image Corp.    Plaintiff,

    -against-

Hewlett-Packard Company    Defendant.

--------------------------------------------------

Case No. 1:12-cv-00779-RJS

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending            [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

### Theodore Massoud Sabety
FILL IN ATTORNEY NAME

My SDNY Bar Number is: TS9970          My State Bar Number is 2929479

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Sabharwal & Associates
    FIRM ADDRESS: 3 Park Avenue, 37th Flr., NY, NY 10016
    FIRM TELEPHONE NUMBER: 212 481 8686
    FIRM FAX NUMBER: 646 349 2782

NEW FIRM:    FIRM NAME: Sabety + Associates PLLC
    FIRM ADDRESS: 8 West 40th Street, 12th Floor, New York, NY 10018
    FIRM TELEPHONE NUMBER: 212 481 8686
    FIRM FAX NUMBER: 646 349 2782

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 12/5/2013

ATTORNEY'S SIGNATURE