# O'KELLY ERNST & BIELLI, LLC

Sean T. O'Kelly, Esquire
SOKelly@oeblegal.com
Direct: (302) 778-4001

901 N. Market Street
Suite 1000
Wilmington, DE 19801
Phone: (302) 778-4000
Fax: (302) 295-2873

**VIA ELECTRONIC MAIL**
**AND CM/ECF**

The Honorable Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street, Room 640
New York, NY 10007

> RE:     *Princeton Digital Image Corporation v. Hewlett-Packard Co., et al.*
>         Civil Action No. 12-779 (RJS)
>
>         *Princeton Digital Image Corporation v. Facebook, Inc., et al.*
>         Civil Action No. 12-6973 (RJS)

Dear Judge Sullivan:

This firm represents Princeton Digital Image Corporation ("Princeton") in the above-referenced matters.  I write today pursuant to Paragraph 2A of Your Honor's Individual Practices to notify Your Honor that Princeton will move the Court pursuant to Local Civil Rule 1.4 for permission to substitute its counsel in these matters (the "Motion").  Princeton's current counsel, Duane Morris, LLP will withdraw and Sabety + Associates PLLC and O'Kelly Ernst & Bielli, LLC will remain as counsel to Princeton.  The reason for the Motion is that Princeton requested that Sabety + Associates PLLC and O'Kelly Ernst & Bielli, LLC be its counsel with respect to these matters.  Duane Morris, LLP is not asserting a retaining or charging lien.  No party will be prejudiced by the relief requested by Princeton in its forthcoming Motion.

Counsel is available should Your Honor have any questions.

Respectfully submitted,

*/s/ Sean T. O'Kelly*

Sean T. O'Kelly

cc:     All attorneys of record via CM/ECF

---

901 N. Market St., Suite 1000, Wilmington, DE 19801  |  www.oeblegal.com  |  1600 Market St., 25th Floor, Philadelphia, PA 19103