USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-30-13

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRINCETON DIGITAL IMAGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY, ET AL.<br><br>Defendants. | Case No. 12-cv-00779-RJS |
| PRINCETON DIGITAL IMAGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., ET AL.<br><br>Defendants. | Case No. 12-cv-06973-RJS |

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEYS AND WITHDRAWAL OF DUANE MORRIS LLP AND ITS INDIVIDUAL ATTORNEYS**

**PLEASE TAKE NOTICE** that in both of the above-captioned cases, and subject to the approval of the Court, for considerations having nothing to do with the respective merits of the above-captioned cases, Plaintiff Princeton Digital Image Corporation substitutes O'Kelly Ernst & Bielli, LLC as counsel of record in place of Duane Morris LLP and in place of the individual Duane Morris attorneys who have appeared (including Gregory M. Luck, Jeffrey S. Pollack, Thomas W. Sankey, Diana M. Sangalli, Kristina Caggiano, Robert Terry Parker, Wesley W. Yuan, and Christopher Joseph Tyson).

Contact information for new counsel is as follows

O'Kelly Ernst & Bielli, LLC
901 N. Market Street, Suite 1000
Wilmington, DE 19801
(302) 778-4000
(302) 295-2873 (facsimile)
sokelly@ooblegal.com

Plaintiff consents to the above substitution.

Dated: November __, 2013

_____
Thomas Meagher, Esq. as President of, and authorized signatory for, Plaintiff Princeton Digital Image Corporation

We consent to being substituted.

Dated: November __, 2013

DUANE MORRIS LLP

_____
By: Gregory M. Luck, its authorized signatory

_____
Gregory M. Luck, Esq.

_____
Jeffrey S. Pollack, Esq.

_____
Thomas W. Sankey, Esq.

_____
Diana M. Sangalli, Esq.

_____
Kristina Caggiano, Esq.

2

_____
Robert Terry Parker, Esq.

_____
Wesley W. Yuan, Esq.

_____
Christopher Joseph Tyson, Esq.

We consent to the above substitution.

Date: November 6, 2013

_____
Sean T. O'Kelly, Esquire
O'Kelly Ernst & Bielli, LLC
901 N. Market Street, Suite 1000
Wilmington, DE 19801
(302) 778-4000
(302) 295-2873 (facsimile)
sokelly@oeblegal.com

The substitution of attorneys, and the withdrawal of the law firm Duane Morris LLP and of all of the individual Duane Morris attorneys who have appeared, are hereby approved and are SO ORDERED.

Date: ~~November~~ Dec. 27, 2013

_____
The Honorable Richard J. Sullivan, U.S.D.J.

3