IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRINCETON DIGITAL IMAGE CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>HEWLETT-PACKARD, et al.;<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS | Civil Action No. 1:12-cv-779 (RJS) |

## NOTICE OF APPEARANCE FOR BRUCE J. BARKER

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for Defendant Hewlett-Packard Company ("HP"). I certify that I am admitted to practice in this Court.

                  Respectfully Submitted,

Date: January 8, 2014      By: */s/ Bruce J. Barker*
                   Bruce J. Barker, Esq.
                   Chao Hadidi Stark & Barker LLP
                   176 East Main Street, Suite 6
                   Westborough, MA 01581
                   Telephone: 508-366-3800
                   Email: bbarker@chsblaw.com

                   **Attorneys for Defendant**
                   **Hewlett-Packard Company**

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and service on registrants.

*/s/ Bruce J. Barker*
Bruce J. Barker