IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRINCETON DIGITAL IMAGE CORPORATION,<br><br>      Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD, et al.;<br><br>      Defendants.<br><br>AND RELATED COUNTERCLAIMS | Civil Action No. 1:12-cv-779 (RJS)<br><br>USDS SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 1-31-14 |

## ORDER

The Motion of David R. Knudson for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of California and that his contact information is as follows:

    David R. Knudson, Esq.
    DLA Piper LLP (US)
    401 B Street, Suite 1700
    San Diego, CA 92101
    Ph: (619) 699-2658
    Fax: (619) 699-2701
    Email: david.knudson@dlapiper.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel of record for Hewlett-Packard Company in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.

WEST\246155587.1           1

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: __1/31/14__

_____
United States District Judge