IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRINCETON DIGITAL IMAGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD, et al.;<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Civil Action No. 1:12-cv-779 (RJS)<br><br>USDS SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 2-6-14 |

## ORDER

The corrected motion of Amy Walters for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the State of California and that her contact information is as follows:

Amy Walters, Esq.
DLA Piper LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101
Ph: (619) 699-2654
Fax: (619) 699-2701
Email: amy.walters@dlapiper.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel of record for Hewlett-Packard Company in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: __February 5, 2014__

_____
United States District Judge