IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRINCETON DIGITAL IMAGE CORPORATION,<br><br>           Plaintiff,<br><br>    v.<br><br>HEWLETT-PACKARD, et al.;<br><br>           Defendants. | Civil Action No. 1:12-cv-779 (RJS) |
| AND RELATED COUNTERCLAIMS | |

**HEWLETT-PACKARD COMPANY'S NOTICE OF**
**SUBMISSION OF CLAIM CONSTRUCTION SLIDES**

      Defendant Hewlett-Packard Company ("HP") hereby submits as Exhibit A an electronic PDF version of the animated slides presented by defendants to the Court at the November 7, 2013 Claim Construction hearing.  At that hearing, the defendants provided the Court with printouts of the animated slides.  In those printouts, slide 54 for U.S. Patent No. 4,813,056 was printed in a manner that did not capture the completion of the animation.  Slide 54 has been corrected in this version.

Respectfully Submitted,

Date:  February 21, 2014         By: */s/ Brian K. Erickson*
                Sean C. Cunningham, Esq. (pro hac vice)
                Erin P. Gibson, Esq. (pro hac vice)
                DLA Piper LLP (US)
                401 B Street, Suite 1700
                San Diego, CA 92101-4297
                Telephone:  619-699-2700
                Facsimile:  619-699-2701
                Brian Erickson, Esq. (pro hac vice)
                Brian.erickson@dlapiper.com
                DLA Piper LLP (US)
                401 Congress Avenue, Suite 2500
                Austin, TX 78701-3799
                Telephone:  512-457-7000
                Facsimile:  512-457-7001

                **Attorneys for Defendant**
                **Hewlett-Packard Company**

## CERTIFICATE OF SERVICE

    I hereby certify that on February 21, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and service on registrants.

                */s/ Brian K. Erickson*
                Brian K. Erickson