UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/2014

PRINCETON DIGITAL IMAGE
CORPORATION,

                              Plaintiff,

                                                    No. 12 Civ. 779  (RJS)
-v-                                                 ORDER

HEWLETT-PACKARD, CO., *et al.*,

                              Defendants

RICHARD J. SULLIVAN, District Judge:

IT IS HEREBY ORDERED THAT the parties shall docket each of the pre-motion and discovery

dispute letters they have submitted to the Court and shall, in the future, submit all such letters pursuant to

Rule 1.A of the Court's Individual Practices.

SO ORDERED.

Dated:        March 11, 2014
              New York, New York


                                                    RICHARD J. SULLIVAN
                                                    UNITED STATES DISTRICT JUDGE