USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRINCETON DIGITAL IMAGE CORPORATION,

        Plaintiff,

-v-

HEWLETT-PACKARD, CO., *et al.*,

        Defendants

No. 12 Civ. 779 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

IT IS HEREBY ORDERED THAT the post-discovery conference scheduled for Thursday, April 3, 2014, at 10:30 a.m. shall serve as a pre-motion conference to discuss Defendants' anticipated motions for summary judgment and a discovery conference to address the timeliness and merits of the disputes raised in the parties' March 21, 2014 joint letter.

SO ORDERED.

Dated:      March 24, 2014
               New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE