

ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, N.W.
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500
WWW.ORRICK.COM

March 25, 2014

Steven J. Routh
(202) 339-8509
srouth@orrick.com

**VIA E-MAIL**

The Honorable Richard J. Sullivan
United States District Court
Southern District of New York
40 Foley Square, Courtroom 905
New York, New York 10007

Re:   *Princeton Digital Image Corporation v. Hewlett-Packard Co., et al.*, Case No. 12 Civ. 0779

Dear Judge Sullivan:

Pursuant to the Court's March 17, 2014 Order, Defendant FUJIFILM North America Corporation ("FUJIFILM") respectfully submits this letter in response to plaintiff Princeton Digital Image Corporation's ("PDIC") March 24, 2014 letter. FUJIFILM has no further comment on PDIC's request to seal or redact Defendants' pre-motion letters. Regarding arguments advanced in PDIC's March 24 letter directed to the merits of FUJIFILM's anticipated summary judgment motions, FUJIFILM will reserve response for an appropriate filing.

Respectfully submitted,


*/s/ Steven J. Routh*


Steven J. Routh



cc:   Counsel of Record