UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRINCETON DIGITAL IMAGE
CORPORATION,

        Plaintiff,

-v-

HEWLETT-PACKARD, CO., *et al.*,

        Defendants

No. 12 Civ. 779 (RJS)
ORDER

<u>RICHARD J. SULLIVAN</u>, District Judge:

As stated on the record at today's conference, IT IS HEREBY ORDERED THAT (1) Defendants shall file their motions for summary judgment, and a joint supporting memorandum, no later than April 25, 2014, (2) Plaintiff shall respond no later than May 23, 2014, and (3) Defendants shall reply no later than June 3, 2014. The parties' briefs shall comply with the requirements of the Court's Individual Rules.

IT IS FURTHER ORDERED THAT Defendants shall file amended answers asserting a license defense no later than April 25, 2014.

SO ORDERED.

Dated: April 3, 2014
      New York, New York

                              RICHARD J. SULLIVAN
                              UNITED STATES DISTRICT JUDGE