UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/14
```

PRINCETON DIGITAL IMAGE
CORPORATION,

                       Plaintiff,

-v-

HEWLETT-PACKARD, CO., *et al.*,

                       Defendants

No. 12 Civ. 779 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a letter from Plaintiff Princeton Digital Image Corporation ("PDIC") seeking an order directing Defendants to redact those portions of its motion papers that disclose the terms of a settlement agreement between PDIC and Microsoft Corporation (the "Microsoft Agreement"). (Doc. No. 430.) While some of the sections PDIC seeks to redact could implicate confidentiality interests strong enough to overcome the presumption of access under *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006), PDIC has not offered specific reasons why each of the proposed redactions is necessary.

    Nevertheless, in light of the impending submission deadlines, IT IS HEREBY ORDERED THAT Defendants shall file versions of their motion papers that redact all references to the following sections of the Microsoft Agreement: Articles I, III, IV, V, and VI, all notice/address information, and all signatures. Defendants shall also file unredacted versions under seal. IT IS FURTHER ORDERED THAT Plaintiff shall submit a letter, no later than May 2, 2014, offering the reasons why each section of the Microsoft Agreement should remain under seal.

SO ORDERED.

Dated: April 24, 2014
        New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE