# O'KELLY ERNST & BIELLI, LLC

Robert R. Axenfeld, Esquire
raxenfeld@oeblegal.com
Direct: (215) 600-1347

1500 Walnut Street
Suite 900
Philadelphia, PA 19102
Fax: (215) 525-9648

May 23, 2014

*Via Email and ECF*

The Honorable Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street, Room 640
New York, NY 10007
sullivannysdchambers@nysd.uscourts.gov

    Re:    *Princeton Digital Image Corp. v. HP et al.,* **12 Civ. 779 (RJS)**

Dear Judge Sullivan:

Pending a ruling from the Court on PDIC's May 2, 2014 letter [Doc. No. 446] responsive to the Court's April 24, 2014 Order [Doc. No. 431], PDIC respectfully requests to maintain confidentiality of all financial terms, and Articles I, III, IV, and V of the Microsoft Settlement when it files its responsive papers in opposition to Defendants' motion for Summary Judgment later today. All reasons for the request are detailed in PDIC's May 2, 2014 letter, and remain the same.

PDIC apologizes for not making this request earlier in the week.

Respectfully submitted,

*/s/ Robert R. Axenfeld*

Counsel for Princeton Digital Image Corp.

Copy to: All Counsel of Record