# EXHIBIT 1

**CONTAINS HIGHLY CONFIDENTIAL ATTORNEY'S EYES ONLY INFORMATION**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| PRINCETON DIGITAL IMAGE CORPORATION, | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | No. 12 Civ. 779 (RJS) |
| HEWLETT-PACKARD COMPANY, *et al.*, | § § § § | |
| Defendants. | § | |

**FUJIFILM NORTH AMERICA CORPORATION'S
AMENDED RULE 26 DISCLOSURES**

FUJIFILM North America Corp. ("FUJIFILM"), by its attorneys of record, hereby submits the following Amended Disclosures pursuant to Federal Rule of Civil Procedure 26, based on information reasonably and currently available to FUJIFILM. By making these disclosures, FUJIFILM does not waive or relinquish any attorney-client privilege, attorney work product protection, objection to discovery, or any other privilege, protection, or right to which it is legally entitled.

FUJIFILM's disclosures herein are subject to supplementation and modification based upon, inter alia, further investigation and discovery.

**I.      INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION**

At this time, FUJIFILM believes that the following individuals are likely to have discoverable information that FUJIFILM may use to support its claims or defenses. The following list is limited to those persons that FUJIFILM is specifically aware of at the present time. There may be employees or former employees of other defendants, as well as third party

1

**CONTAINS HIGHLY CONFIDENTIAL ATTORNEY'S EYES ONLY INFORMATION**

witnesses, who may have knowledge that supports FUJIFILM's defenses, the identity which is not known to FUJIFILM at this time.

| Individual | Address | Subject of information Possibly Known to Individual |
|---|---|---|
| Mohammad S. Azam | c/o O'Kelly, Ernst & Bielli<br>1600 Market St.<br>Philadelphia, Philadelphia 19103 | Conception, reduction to practice, prosecution, invalidity, unenforceability and non-infringement of the '103 patent |
| Michael D. Carr | c/o O'Kelly, Ernst & Bielli<br>1600 Market St.<br>Philadelphia, Philadelphia 19103 | Conception, reduction to practice, prosecution, invalidity, unenforceability and non-infringement of the '103 patent |
| Nicola J. Fedele | 1 Prospect Street<br>Kingston, New Jersey 08528 | Conception, reduction to practice, prosecution, invalidity, unenforceability and non-infringement of the '056 patent |
| Current and/or former employees of British Telecommunications plc | BT Group plc<br>BT Centre<br>81 Newgate Street<br>London EC1A 7AJ, England | Conception, reduction to practice, ownership, prosecution, invalidity, unenforceability and non-infringement of the '103 patent; licenses or releases relating to the '103 patent, and proposals for licenses or releases |
| B.G.W. Lloyd | BT Group plc<br>BT Centre<br>81 Newgate Street<br>London EC1A 7AJ, England | Conception, reduction to practice, ownership, prosecution, invalidity, unenforceability and non-infringement of the '103 patent; licenses or releases relating to the '103 patent, and proposals for licenses or releases |

**CONTAINS HIGHLY CONFIDENTIAL ATTORNEY'S EYES ONLY INFORMATION**

| Individual | Address | Subject of information Possibly Known to Individual |
|---|---|---|
| Princeton Digital Image Compression, LLC | Princeton, New Jersey | Conception, reduction to practice, ownership, prosecution, invalidity, unenforceability and non-infringement of the '103 and '056 patents; allegations of infringement against FUJIFILM and other defendants; licenses or releases to the patents-in-suit and proposals for licenses or releases; communications with GE relating to the patents-in-suit and litigations involving the patents-in-suit |
| Princeton Digital Image Corporation ("PDIC") | Longview, Texas | Conception, reduction to practice, ownership, prosecution, invalidity, unenforceability and non-infringement of the '103 and '056 patents; allegations of infringement against FUJIFILM and other defendants; licenses or releases to the patents-in-suit and proposals for licenses or releases; communications with GE relating to the patents-in-suit and litigations involving the patents-in-suit |
| Thomas Meagher | Meagher Emanuel Laks Goldberg & Lao LLP One Palmer Square Suite 325 Princeton, New Jersey 08542<br><br>c/o O'Kelly, Ernst & Bielli 1600 Market St. Philadelphia, Pennsylvania 19103 | Ownership, prosecution, invalidity, unenforceability and non-infringement of the '103 and '056 patents; licenses or releases to the patents-in-suit and proposals for licenses or releases; communications with GE regarding the patents-in-suit and litigations involving the patents-in-suit; allegations of infringement against FUJIFILM and other defendants relating to patents-in-suit |

**CONTAINS HIGHLY CONFIDENTIAL ATTORNEY'S EYES ONLY INFORMATION**

| Individual | Address | Subject of information Possibly Known to Individual |
|---|---|---|
| Current and/or former employees of General Electric Co. and/or or General Electric Technology Development, Inc. | c/o O'Kelly, Ernst & Bielli<br>1600 Market St.<br>Philadelphia, Pennsylvania 19103 | Conception, reduction to practice, ownership, prosecution, invalidity, unenforceability and non-infringement of the '103 and '056 patents; allegations of infringement against FUJIFILM and other defendants relating to the patents-in-suit; licenses or releases to the patents-in-suit and proposals for licenses or releases; communications with PDIC regarding the patents-in-suit and litigations involving the patents-in-suit |
| Kenneth Glick | c/o O'Kelly, Ernst & Bielli<br>1600 Market St.<br>Philadelphia, Pennsylvania 19103 | Conception, reduction to practice, ownership, prosecution, invalidity, unenforceability and non-infringement of the '103 and '056 patents; allegations of infringement against FUJIFILM and other defendants relating to the patents-in-suit; licenses or releases to the patents-in-suit and proposals for licenses or releases; communications with PDIC regarding the patents-in-suit and litigations involving the patents-in-suit |

4

**CONTAINS HIGHLY CONFIDENTIAL ATTORNEY'S EYES ONLY INFORMATION**

| Individual | Address | Subject of information Possibly Known to Individual |
|---|---|---|
| James DiGiorgio | c/o O'Kelly, Ernst & Bielli<br>1600 Market St.<br>Philadelphia, Pennsylvania 19103 | Conception, reduction to practice, ownership, prosecution, invalidity, unenforceability and non-infringement of the '103 and '056 patents; allegations of infringement against FUJIFILM and other defendants relating to the patents-in-suit; licenses or releases to the patents-in-suit and proposals for licenses or releases; communications with PDIC regarding the patents-in-suit and litigations involving the patents-in-suit |
| Peter Emanuel | Meagher Emanuel Laks Goldberg & Lao LLP<br>One Palmer Square<br>Suite 325<br>Princeton, NJ 08542<br><br>c/o O'Kelly, Ernst & Bielli<br>1600 Market St.<br>Philadelphia, Pennsylvania 19103 | Conception, reduction to practice, ownership, prosecution, invalidity, unenforceability and non-infringement of the '103 and '056 patents; allegations of infringement against FUJIFILM and other defendants relating to the patents in suit; licenses or releases to the patents-in-suit and proposals for licenses or releases; communications with PDIC or any predecessor in interest or individual acting on its behalf relating to the patents-in-suit or regarding litigations involving the patents-in-suit; communications with GE relating to the patents in suit or regarding litigations involving the patents-in-suit |

**CONTAINS HIGHLY CONFIDENTIAL ATTORNEY'S EYES ONLY INFORMATION**

| Individual | Address | Subject of information Possibly Known to Individual |
|---|---|---|
| Peter Moller | General Electric Company P.O. Box 8 Schenectady, New York 12301 | Conception, reduction to practice, ownership, prosecution, invalidity, unenforceability and non-infringement of the '103 and '056 patents; allegations of infringement against FUJIFILM and other defendants relating to the patents-in-suit; licenses or releases to the patents-in-suit and proposals for licenses or releases; communications with PDIC regarding the patents-in-suit or litigations involving the patents-in-suit |
| Current and/or former employees or principals of Nixon & Vanderhye P.C. | 901 N. Glebe Road 11th Floor Arlington, Virginia 22203 | Prosecution, noninfringement, invalidity, and unenforceability of the '103 patent |
| Larry S. Nixon | Nixon & Vanderhye P.C. 901 N. Glebe Road 11th Floor Arlington, VA 22203 | Prosecution, noninfringement, invalidity, and unenforceability of the '103 patent |
| Mark E. Nusbaum | Nixon & Vanderhye P.C. 901 N. Glebe Road 11th Floor Arlington, Virginia 22203 | Prosecution, noninfringement, invalidity, and unenforceability of the '103 patent |
| Mark E. Vanderhye | Nixon & Vanderhye P.C. 901 N. Glebe Road 11th Floor Arlington, Virginia 22203 | Prosecution, noninfringement, invalidity, and unenforceability of the '103 patent |
| William Squire | Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. 5 Becker Farm Road Roseland, New Jersey 07068 | Prosecution, noninfringement, invalidity, and unenforceability of the '056 patent |
| James C. Davis, Jr. | Address unknown at this time | Prosecution, noninfringement, invalidity, and unenforceability of the '056 patent |
| Paul R. Webb, II | Address unknown at this time | Prosecution, noninfringement, invalidity, and unenforceability of the '056 patent |

**CONTAINS HIGHLY CONFIDENTIAL ATTORNEY'S EYES ONLY INFORMATION**

| Individual | Address | Subject of information Possibly Known to Individual |
|---|---|---|
| Current and/or former employees of RCA Corporation | P.O. Box 432 Princeton, New Jersey 08543 | Conception, reduction to practice, ownership, prosecution, invalidity, unenforceability and non-infringement of the '056 patent; licenses or releases to the '056 patent and proposals for licenses or releases |
| Allen J. Limberg | Address unknown at this time | Conception, reduction to practice, ownership, prosecution, invalidity, unenforceability and non-infringement of the '056 patent; licenses or releases to the '056 patent and proposals for licenses or releases |
| Fred Jacob | Address unknown at this time | Conception, reduction to practice, ownership, prosecution, invalidity, unenforceability and non-infringement of the '056 patent; licenses or releases to the '056 patent and proposals for licenses or releases |
| Gregory M. Luck Thomas Sankey | Duane Morris LLP 1330 Post Oak Blvd., Suite 800 Houston, Texas 77056 | PDIC's claim for attorney's fees |
| Current and/or former employees or principals of O'Kelly, Ernst & Bielli | O'Kelly, Ernst & Bielli 901 N. Market Street Suite 1000 Wilmington, Delaware 19801 | PDIC's claim for attorney's fees |
| Current and/or former employees of Epson America, Inc. | c/o United States Corporation Company 80 State Street Albany, NY 12207 | Design, manufacture, supply, and operation of certain accused FUJIFILM products sold in the U.S.A. |
| SANYO Electric Co., Ltd. | 1-1 Sanyo-cho Daito City Osaka 574-8534, Japan | Design, manufacture, supply, and operation of certain FUJIFILM digital cameras sold in the U.S. |

CONTAINS HIGHLY CONFIDENTIAL ATTORNEY'S EYES ONLY INFORMATION

| Individual | Address | Subject of information Possibly Known to Individual |
|---|---|---|
| Asia Optical Co., Inc. / Dong Guan Sintai Optical co., Ltd. | No. 22-3, South 2nd Rd. Tanzi Dist., Taichung City 42754, Taiwan (R.O.C.) | Design, manufacture, supply, and operation of certain FUJIFILM digital cameras sold in the U.S. |
| Hon Hai Precision Co., Ltd. | No.2, Zihyou St., Tucheng Dist. New Taipei City 236 Taiwan (R.O.C.) | Design, manufacture, supply, and operation of certain FUJIFILM digital cameras sold in the U.S. |
| Analog Devices, Inc. | Corporate Headquarters One Technology Way P. O. Box 9106 Norwood, Massachusetts 02062-9106 | Design, manufacture, operation, and supply of certain components incorporated in certain accused FUJIFILM products sold in the U.S. |
| Renesas Electronics Corp. | Nippon Bldg., 2-6-2, Ote-machi, Chiyoda-ku, Tokyo 100-0004, Japan | Design, manufacture, operation, and supply of certain components incorporated in certain accused FUJIFILM products sold in the U.S. |
| NEC Corporation | 7-1, Shiba 5-chome Minato-ku, Tokyo 108-8001, Japan | Design, manufacture, operation, and supply of certain components incorporated in certain accused FUJIFILM products sold in the U.S. |
| Toshiba Corporation | 1-1, Shibaura 1-chome, Minato-ku, Tokyo 105-8001, Japan | Design, manufacture, operation, and supply of certain components incorporated in certain accused FUJIFILM products sold in the U.S. |
| Fujitsu Limited | Shiodome City Center 1-5-2 Higashi-Shimbashi Minato-ku, Tokyo, 105-7123, Japan | Design, manufacture, operation, and supply of certain components incorporated in certain accused FUJIFILM products sold in the U.S. |
| Zoran Corp. | CSR Plc Churchill House, Cambridge Business Park, Cowley Road, Cambridge, CB4 0WZ, England | Design, manufacture, operation, and supply of certain components incorporated in certain accused FUJIFILM products sold in the U.S. |
| Shikino High-Tech Co., Ltd. (former business of Kanebo Ltd.) | 829 Kichijima, Uozu-shi, Toyama, Japan | Design, manufacture, operation, and supply of certain components incorporated in certain accused FUJIFILM products sold in the U.S. |
| Nobatek | rue de Mirambeau | Design, manufacture, operation, |

CONTAINS HIGHLY CONFIDENTIAL ATTORNEY'S EYES ONLY INFORMATION

| Individual | Address | Subject of information Possibly Known to Individual |
|---|---|---|
|  | 64600 Anglet France | and supply of certain components incorporated in certain accused FUJIFILM products sold in the U.S. |
| Mitsubishi Electric Corporation | Tokyo Building 2-7-3, Marunouchi Chiyoda-ku, Tokyo 100-8310, Japan | Design, manufacture, operation, and supply of certain components incorporated in certain accused FUJIFILM products sold in the U.S. |
| Dr. Dieter Preuss | Neue Koppel 31 D-24248 Moenkeberg Germany | Invalidity and unenforceability of the patents-in-suit; technical aspects and authentication of prior art |
| Peter Segin | Schönkamp 20 D-24226 Heikendorf Germany | Invalidity and unenforceability of the patents-in-suit; technical aspects and authentication of prior art |
| Jerome Cox | 7315 Albright Ave St. Louis, Missouri 63136 | Invalidity and unenforceability of the patents-in-suit; technical aspects and authentication of prior art |
| Kenneth Ripley | 27730 Coldsprings Pl. Valencia, California 91354-1470 | Invalidity and unenforceability of the patents-in-suit; technical aspects and authentication of prior art |
| Michael Hankamer | 7507 Moore House Ct. Manassas, Virginia 20111 | Invalidity and unenforceability of the patents-in-suit; technical aspects and authentication of prior art |
| Wen Hsiung Chen | 805 W. Duarte Rd. Ste 111 Arcadia, California 91007 | Invalidity and unenforceability of the patents-in-suit; technical aspects and authentication of prior art |
| William Pratt | 101 First St., Ste. 429 Los Altos, California 94022 | Invalidity and unenforceability of the patents-in-suit; technical aspects and authentication of prior art |
| Dale R. DuVall | Oakwood, Texas | Invalidity and unenforceability of the patents-in-suit; technical aspects and authentication of prior art |

CONTAINS HIGHLY CONFIDENTIAL ATTORNEY'S EYES ONLY INFORMATION

| Individual | Address | Subject of information Possibly Known to Individual |
|---|---|---|
| Josef Raviv | Armonk, New York | Invalidity and unenforceability of the patents-in-suit; technical aspects and authentication of prior art |
| Martin de Loye | Versaille, France | Invalidity and unenforceability of the patents-in-suit; technical aspects and authentication of prior art |
| Michel Beduchard | Palaiseau, France | Invalidity and unenforceability of the patents-in-suit; technical aspects and authentication of prior art |
| Charles Weaver | Palo Alto, California | Invalidity and unenforceability of the patents-in-suit; technical aspects and authentication of prior art |
| Joseph Chadwick | Menlo Park, California | Invalidity and unenforceability of the patents-in-suit; technical aspects and authentication of prior art |
| Enrico Dolazza | Boston, Massachusetts | Invalidity and unenforceability of the patents-in-suit; technical aspects and authentication of prior art |
| Robert LeBlanc | Montreal, Canada | Invalidity and unenforceability of the patents-in-suit; technical aspects and authentication of prior art |
| Lawrence Sweeney, Jr. | Atherton, California | Invalidity and unenforceability of the patents-in-suit; technical aspects and authentication of prior art |
| W.S. Michel | Murray Hill, New Jersey | Invalidity and unenforceability of the patents-in-suit; technical aspects and authentication of prior art |
| W.O. Fleckenstein | Murray Hill, New Jersey | Invalidity and unenforceability of the patents-in-suit; technical aspects and authentication of prior art |
| E.R. Kretzmer | Murray Hill, New Jersey | Invalidity and unenforceability of the patents-in-suit; technical aspects and authentication of prior art |

CONTAINS HIGHLY CONFIDENTIAL ATTORNEY'S EYES ONLY INFORMATION

| Individual | Address | Subject of information Possibly Known to Individual |
|---|---|---|
| P.D. Dodd | Los Gatos, California | Invalidity and unenforceability of the patents-in-suit; technical aspects and authentication of prior art |
| F.B. Wood | Los Gatos, California | Invalidity and unenforceability of the patents-in-suit; technical aspects and authentication of prior art |

The following individuals, who are current employees of FUJIFILM Corporation, may not be contacted except through FUJIFILM's attorneys of record in this action.

| Individual | Address | Subject of information Possibly Known to Individual |
|---|---|---|
| Hiroshi Tamayama<br>Senior Expert<br>Optical Device &<br>Electronic Imaging Products<br>Development Center<br>Research & Development<br>Management Headquarters | FUJIFILM Corporation<br>1-324 Uetake Kita-ku<br>Saitama city, Saitama<br>331-9624 Japan | Design and operation of FUJIFILM digital cameras sold in the U.S.A. |
| Junichi Matsuo<br>Engineering Manager<br>Optical Device &<br>Electronic Imaging Products<br>Development Center<br>Research & Development<br>Management Headquarters | FUJIFILM Corporation<br>1-324 Uetake Kita-ku<br>Saitama city, Saitama<br>331-9624 JAPAN | Design, manufacture, and operation of FUJIFILM digital cameras sold in the U.S.A. |
| Toshihisa Iida<br>Senior Manager<br>Sales & Marketing Division<br>Optical Device &<br>Electronic Imaging Products<br>Division | FUJIFILM Corporation<br>1-324 Uetake Kita-ku<br>Saitama city, Saitama<br>331-9624 Japan | Supply and distribution of FUJIFILM digital cameras sold in the U.S.A. |
| Atsushi Nakamura<br>Senior Manager<br>IP Administration Group<br>Intellectual Property Division<br>Research & Development<br>Management Headquarters | FUJIFILM Corporation<br>Tokyo Midtown,<br>7-3, Akasaka 9-Chome<br>Minato-ku, Tokyo<br>107-0052 Japan | Intellectual property policies of FUJIFILM |

CONTAINS HIGHLY CONFIDENTIAL ATTORNEY'S EYES ONLY INFORMATION

| Individual | Address | Subject of information Possibly Known to Individual |
|---|---|---|
| Mikio Watanabe Engineering Manager Optical Device & Electronic Imaging Products Development Center Research & Development Management Headquarters | FUJIFILM Corporation 1-324 Uetake Kita-ku Saitama city Saitama 331-9624 Japan | Design and operation of FUJIFILM digital cameras sold in the U.S.A. |

The following individuals, who are current employees of FUJIFILM North America Corp., may not be contacted except through FUJIFILM's attorneys of record in this action.

| Individual | Address | Subject of information Possibly Known to Individual |
|---|---|---|
| David Troy Director of Marketing | FUJIFILM North America Corporation 200 Summit Lake Drive Valhalla, New York 10595-1356 | Marketing and sales of FUJIFILM digital cameras; financial information regarding purchase and sale of digital cameras |
| John Tafuri Vice President, Finance | FUJIFILM Holdings America Corporation 200 Summit Lake Drive Valhalla, New York 10595-1356 | Costs, profits and losses of FUJIFILM North America Corporation with respect to sales of FUJIFILM digital cameras in the U.S.A. |

Other individuals likely to have discoverable information include (i) individuals identified in the documents that the parties produce in discovery, (ii) inventors of prior art patents and authors of prior art publications that patented or described the claimed inventions or rendered them obvious as provided in 35 U.S.C. §§ 102 and 103, (iii) individuals with knowledge of the prior inventions, public use or sale of the claimed inventions as provided in 35 U.S.C. § 102, (iv) FUJIFILM's expert witnesses, who will be disclosed at the time and in the manner provided by the Scheduling Order entered in this case, (v) former and current employees and principals of PDIC, (vi) the individuals listed in the Initial Disclosures and any amended disclosures served by PDIC in this case, and (vii) the individuals listed in the Initial Disclosures and any amended disclosures served by other defendants.

**CONTAINS HIGHLY CONFIDENTIAL ATTORNEY'S EYES ONLY INFORMATION**

| | |
|---|---|
| Date: February 3, 2014 | *s/ Steven J. Routh* |
| | Steven J. Routh (*pro hac vice*) |
| | srouth@orrick.com |
| | LEAD ATTORNEY |
| | Sten A. Jensen (*pro hac vice*) |
| | sjensen@orrick.com |
| | Diana M. Szego (*pro hac vice*) |
| | dszego@orrick.com |
| | Christopher J. Higgins (*pro hac vice*) |
| | chiggins@orrick.com |
| | **ORRICK, HERRINGTON & SUTCLIFFE LLP** |
| | 1152 15th Street, NW |
| | Washington DC  20005 |
| | Telephone:     202-339-8400 |
| | Facsimile:      202-339-8500 |
| | |
| | Clifford R. Michel |
| | cmichel@orrick.com |
| | **ORRICK, HERRINGTON & SUTCLIFFE LLP** |
| | 51 West 52nd Street |
| | New York, NY 10019 |
| | Telephone:     212-506-5000 |
| | Facsimile:      212-506-5151 |
| | |
| | **ATTORNEYS FOR DEFENDANT FUJIFILM NORTH AMERICA CORPORATION** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served by email on the 3rd day of February, 2014, on the following:

dmurray@oeblegal.com
gp@del-iplaw.com
mkbotts@verizon.net
sokelly@oeblegal.com
docket@sabety.net
raxenfeld@oeblegal.com


| | |
|---|---|
| Dated:  February 3, 2014 | *s/ Diana M. Szego* |
| | Diana M. Szego |
| | ORRICK, HERRINGTON, & SUTCLIFFE LLP |
| | 1152 15th Street, NW |
| | Washington, DC 20005 |