# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRINCETON DIGITAL IMAGE CORPORATION,<br><br>                Plaintiff,<br><br>    v.<br><br>HEWLETT-PACKARD, et al.;<br><br>                Defendants. | Civil Action No. 1:12-cv-779 (RJS) |
| AND RELATED COUNTERCLAIMS | |

**DEFENDANT HEWLETT-PACKARD COMPANY'S
SECOND SUPPLEMENTAL DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Defendant Hewlett-Packard Company ("HP") hereby submits this Second Supplemental Disclosure Statement. HP makes this Supplemental Disclosure Statement based upon its current knowledge and information reasonably available at this time. HP's investigation is ongoing, and discovery is not yet complete. HP reserves the right to supplement or correct the disclosures as information is acquired pursuant to Federal Rule of Civil Procedure 26(e).

**(A)  Persons Having Relevant Knowledge/Brief Statement**

Pursuant to Federal Rule of Civil Procedure 26(a)(1), HP identifies the following persons with knowledge of relevant facts that HP may use in support of its claims and defenses. The issues are not yet fully developed because HP's investigation is ongoing. Accordingly, HP reserves the right to identify additional individuals at a later date.

HP requests that Princeton Digital Image Corporation ("PDIC") not contact any of the individuals listed below who are current or former employees of HP. Any contact of such individuals should be made through HP's counsel.

-1-

**(1)     Employees Having Relevant Knowledge**

| Name | Contact Information | Summary of Information Known |
|---|---|---|
| David Staudacher* | Hewlett-Packard Co.<br>3404 East Harmony Road<br>Ft. Collins, CO 80528 | Design, structure, function and operation of accused HP digital cameras. |
| Will Brake* | c/o DLA Piper LLP (US)<br>401 B Street, Ste. 1700<br>San Diego, CA 92101 | Design, structure, function and operation of accused HP digital cameras. |
| Patrick Chase* | c/o DLA Piper LLP (US)<br>401 B Street, Ste. 1700<br>San Diego, CA 92101 | Design, structure, function and operation of accused HP inkjet all-in-one printers. |
| Curt Behrend | Hewlett-Packard Co.<br>16399 W. Bernardo Dr.<br>San Diego, CA 92127 | Design, structure, function and operation of accused HP inkjet all-in-one printers; value/cost of allegedly infringing functionality within accused products. |
| Fahad Ahmad* | c/o DLA Piper LLP (US)<br>401 B Street, Ste. 1700<br>San Diego, CA 92101 | Design, structure, function and operation of accused HP inkjet all-in-one printers. |
| Brad Larson | Hewlett-Packard Co.<br>11311 West Chinden Blvd.<br>Boise, ID 83714 | Design, structure, function and operation of accused HP laser multi-function printers; value/cost of allegedly infringing functionality within accused products. |
| Greg Brake | Hewlett-Packard Co.<br>3404 East Harmony Road<br>Ft. Collins, CO 80528 | Design, structure, function and operation of accused HP scanners. |
| Hal Hansen | Hewlett-Packard Co.<br>3404 East Harmony Road<br>Ft. Collins, CO 80528 | Design, structure, function and operation of accused HP scanners. |
| Dave Zito | Hewlett-Packard Co.<br>16399 W. Bernardo Dr.<br>San Diego, CA 92127 | Design, structure, function and operation of accused HP scanners and accused photo editor software; value/cost of allegedly infringing functionality within accused products. |
| Mimi Dong | Hewlett-Packard Co.<br>3404 East Harmony Road<br>Ft. Collins, CO 80528 | Design, structure, function and operation of accused HP scanners. |

| Name | Contact Information | Summary of Information Known |
|------|---------------------|------------------------------|
| David Lawson | Hewlett-Packard Co.<br>3404 East Harmony Road<br>Ft. Collins, CO 80528 | Design, structure, function and operation of accused HP scanners; value/cost of allegedly infringing functionality within accused products. |
| Manas Chaliha | Hewlett-Packard Co./Snapfish<br>303 Second Street<br>South Tower, Suite 500<br>San Francisco, CA 94107 | Design, structure, function and operation of accused HP/Snapfish photo editor products. |
| Pieter van Zee | Hewlett-Packard Co.<br>1000 Northeast Circle Blvd.<br>Corvallis, OR 97330 | Design, structure, function and operation of accused HP/Snapfish photo editor products. |
| Ralph Morales | Hewlett-Packard Co.<br>16399 W. Bernardo Dr.<br>San Diego, CA 92127 | Financial information related to accused HP/Snapfish photo editor products. |
| Steve Stoecker* | c/o DLA Piper LLP (US)<br>401 B Street, Ste. 1700<br>San Diego, CA 92101 | Design, structure, function and operation of accused HP digital cameras; value/cost of allegedly infringing functionality within accused products. |
| Mike Schlossberg | Hewlett-Packard Co.<br>3000 Hanover Street<br>Palo Alto, CA 94304 | Financial information related to accused inkjet all-in-one printers and cameras. |
| Michael Bordoni | Hewlett-Packard Co.<br>3000 Hanover Street<br>Palo Alto, CA 94304 | Financial information related to accused inkjet all-in-one printers. |
| Lisa Hadjinian | Hewlett-Packard Co.<br>3000 Hanover Street<br>Palo Alto, CA 94304 | Financial information related to accused inkjet all-in-one printers and cameras. |
| Barbara Poston | Hewlett-Packard Co.<br>11311 West Chinden Blvd.<br>Boise, ID 83714 | Financial information related to accused laser multi-function printers and scanners. |

| Name | Contact Information | Summary of Information Known |
|---|---|---|
| Paolo Fontani | Hewlett-Packard Co.<br>3404 E Harmony Rd.<br>Fort Collins, CO 80528 | Design, structure, function and operation of accused OEM cameras; USB still device class specification and USB mass storage device class specification; PIMA 15740:2000 and ISO 15740. |
| Amol Pandit | Hewlett-Packard Co.<br>3404 E Harmony Rd.<br>Fort Collins, CO 80528 | Design, structure, function and operation of accused OEM cameras. |
| Wilson Wong | Hewlett-Packard Co.<br>450 Alexandra Road<br>Singapore 119960 | Design, structure, function and operation of accused OEM cameras. |

Persons whose names are marked with an asterisk (*) are former employees of HP and should be contacted only through HP's outside counsel of record DLA Piper LLP (US). Because of PDIC's unreasonable delay in bringing this lawsuit, other former employees are expected to have knowledge of relevant facts and will be identified as HP learns of their knowledge and identities, as discovery and inquiry continue.

(2) **Other Persons Having Relevant Knowledge**

| Name | Contact Information | Summary of Information Known |
|---|---|---|
| Nicola J. Fedele | 1 Prospect Street<br>Kingston, NJ 08528 | Noninfringement, invalidity and unenforceability of asserted U.S. Patent No. 4,813,056 ("the '056 patent"); ownership of the '056 patent. |
| William Squire | General Electric Company<br>CRD Patent Docket RM 4A59<br>P.O. Box 8<br>Bldg. K-1 Salamone<br>Schenectady, NY 12301 | Noninfringement, invalidity and unenforceability of the '056 patent. |
| Allen L. Limberg | Patent Operations<br>RCA Corporation<br>P.O. Box 432<br>Princeton, NJ 08543 | Noninfringement, invalidity and unenforceability of the '056 patent. |

-4-

| Name | Contact Information | Summary of Information Known |
|---|---|---|
| Fred Jacob | Patent Operations<br>RCA Corporation<br>P.O. Box 432<br>Princeton, NJ 08543 | Noninfringement, invalidity and unenforceability of the '056 patent. |
| James C. Davis, Jr. | General Electric Company<br>CRD Patent Docket RM 4A59<br>P.O. Box 8<br>Bldg. K-1 Salamone<br>Schenectady, NY 12301 | Noninfringement, invalidity and unenforceability of the '056 patent. |
| Paul R. Webb, II | General Electric Company<br>CRD Patent Docket RM 4A59<br>P.O. Box 8<br>Bldg. K-1 Salamone<br>Schenectady, NY 12301 | Noninfringement, invalidity and unenforceability of the '056 patent. |
| RCA Corporation | P.O. Box 432<br>Princeton, NJ 08543 | Noninfringement, invalidity and unenforceability of the '056 patent. |
| Mohammad S. Azam | 35 Trinity Close,<br>Kesgrave, Ipswich<br>Suffolk, England<br>175 71B | Noninfringement, invalidity and unenforceability of U.S. Patent No. 4,860,103 ("the '103 patent"); ownership of the '103 patent. |
| Michael D. Carr | 137 Kirton Road,<br>Trimley St. Mary, Ipswich,<br>Suffolk, England<br>IP10 OQL | Noninfringement, invalidity and unenforceability of the '103 patent; ownership of the '103 patent. |
| Larry S. Nixon | Nixon & Vanderhye P.C.<br>2200 Clarendon Blvd.<br>14th Floor<br>Arlington, VA 22201 | Noninfringement, invalidity and unenforceability of the '103 patent. |
| Mark E. Nusbaum | Nixon & Vanderhye P.C.<br>2200 Clarendon Blvd.<br>14th Floor<br>Arlington, VA 22201 | Noninfringement, invalidity and unenforceability of the '103 patent. |
| Mark E. Vanderhye | Nixon & Vanderhye P.C.<br>2200 Clarendon Blvd.<br>14th Floor<br>Arlington, VA 22201 | Noninfringement, invalidity and unenforceability of the '103 patent. |
| B.G.W. Lloyd | British Telecommunications<br>Intellectual Property Unit<br>Room 1304<br>151 Gower Street<br>London, England<br>WC1E 6BA | Noninfringement, invalidity and unenforceability of the '103 patent. |

| Name | Contact Information | Summary of Information Known |
|---|---|---|
| British Telecommunications plc | 81 Newgate Street, London, England EC1A 7AJ | Noninfringement, invalidity and unenforceability of the '103 patent. |
| General Electric Co. | P.O. Box 8 Schenectady, NY 12301 | Noninfringement, invalidity and unenforceability of the asserted patents; licensing of the asserted patents; failure to mark products with asserted patent numbers; delay in bringing suit for alleged infringement of the asserted patents. |
| Principals and executives of PDIC | 1530 S.S.W. Loop 323 Suite 124 Tyler, TX 75701<br><br>911 N.W. Loop 281 Suite 211-23 Longview, TX 75604 | Licensing of the asserted patents; failure to mark products with asserted patent numbers; delay in bringing suit for alleged infringement of the asserted patents. |
| Microsoft Corp. | One Microsoft Way Redmond, WA 98052 | Design, structure, function and operation of accused HP products that incorporates or uses Microsoft technology; licensing agreement between PDIC and Microsoft. |
| Palm, Inc. | 950 W. Maude Ave. Sunnyvale, CA 94085 | Design, structure, function and operation of accused Palm products. |
| Zoran Corp. | 1390 Kifer Road Sunnyvale, CA 94086 | Design, structure, function and operation of PM36 JPEG image processor chip used in some accused HP scanners. |
| LEAD Technologies, Inc. | 1927 S. Tryon Street Suite 200 Charlotte, NC 28203 | Design, structure, function and operation of JPEG encoding functionality on some HP scanners, inkjet and laser printers accused of infringing the '056 patent. |
| Analog Devices, Inc. | One Technology Way P. O. Box 9106 Norwood, MA 02062-9106 | Design, structure, function and operation of Analog Devices AD9843A CCD Signal Processor in the HP products accused of infringing the '103 patent. |

| Name | Contact Information | Summary of Information Known |
|---|---|---|
| NEC Corp. | 7-1, Shiba 5-chome Minato-ku, Tokyo 108-8001 Japan | Design, structure, function and operation of NEC CCD Signal Processor IC part number S10K01 in the HP products accused of infringing the '103 patent. |
| Dr. Dieter Preuss | Neue Koppel 31 D-24248 Moenkeberg, Germany Tel 0431-231562 | Invalidity and unenforceability of the patents in suit; technical aspects and authentication of prior art. |
| Peter Segin | Schönkamp 20 24226 Heikendorf, Germany Tel +49 431 231876 | Invalidity and unenforceability of the patents in suit; technical aspects and authentication of prior art. |
| Jerome Cox | 7315 Albright Ave St. Louis, MO 63136-1228 | Invalidity and unenforceability of the patents in suit; technical aspects and authentication of prior art. |
| Kenneth Ripley | 27730 Coldsprings Pl. Valencia, CA 91354-1470 | Invalidity and unenforceability of the patents in suit; technical aspects and authentication of prior art. |
| Michael Hankamer | 7507 Moore House Ct. Manassas, VA 20111-2962 | Invalidity and unenforceability of the patents in suit; technical aspects and authentication of prior art. |
| Wen Hsiung Chen | 805 W. Duarte Rd. Ste 111 Arcadia, CA 91007 | Invalidity and unenforceability of the patents in suit; technical aspects and authentication of prior art. |
| William Pratt | 101 First St. Ste. 429 Los Altos, CA 94022 | Invalidity and unenforceability of the patents in suit; technical aspects and authentication of prior art. |
| Dale R. DuVall | Oakwood, TX | Invalidity and unenforceability of the patents in suit; technical aspects and authentication of prior art. |
| Josef Raviv | Armonk, N.Y. | Invalidity and unenforceability of the patents in suit; technical aspects and authentication of prior art. |

-8-

| Name | Contact Information | Summary of Information Known |
|---|---|---|
| Martin de Loye | Versaille, France | Invalidity and unenforceability of the patents in suit; technical aspects and authentication of prior art. |
| Michel Beduchard | Palaiseau, France | Invalidity and unenforceability of the patents in suit; technical aspects and authentication of prior art. |
| Charles Weaver | Palo Alto, California | Invalidity and unenforceability of the patents in suit; technical aspects and authentication of prior art. |
| Joseph Chadwick | Menlo Park, California | Invalidity and unenforceability of the patents in suit; technical aspects and authentication of prior art. |
| Enrico Dolazza | Boston, Massachusetts | Invalidity and unenforceability of the patents in suit; technical aspects and authentication of prior art. |
| Robert LeBlanc | Montreal, Canada | Invalidity and unenforceability of the patents in suit; technical aspects and authentication of prior art. |
| Lawrence Sweeney, Jr. | Atherton, California | Invalidity and unenforceability of the patents in suit; technical aspects and authentication of prior art. |
| W.S. Michel | Murray Hill, New Jersey | Invalidity and unenforceability of the patents in suit; technical aspects and authentication of prior art. |
| W.O. Fleckenstein | Murray Hill, New Jersey | Invalidity and unenforceability of the patents in suit; technical aspects and authentication of prior art. |
| E.R. Kretzmer | Murray Hill, New Jersey | Invalidity and unenforceability of the patents in suit; technical aspects and authentication of prior art. |
| P.David Dodd | P.O. Box 8012<br>Avon, CO 81620 | Invalidity and unenforceability of the patents in suit; technical aspects and authentication of prior art. |

| Name | Contact Information | Summary of Information Known |
|---|---|---|
| F.B. Wood | Los Gatos, California | Invalidity and unenforceability of the patents in suit; technical aspects and authentication of prior art. |
| James DiGiorgio | c/o Sean T. O'Kelly, Esq. O'Kelly Ernst & Bielle, LLC 901 N. Market Street, Suite 1000 Wilmington, DE 19801 | Noninfringement, invalidity and unenforceability of the asserted patents; licensing of the asserted patents; failure to mark products with asserted patent numbers; delay in bringing suit for alleged infringement of the asserted patents. |
| Peter Emanuel | c/o Sean T. O'Kelly, Esq. O'Kelly Ernst & Bielle, LLC 901 N. Market Street, Suite 1000 Wilmington, DE 19801 | Noninfringement, invalidity and unenforceability of the asserted patents; licensing of the asserted patents; failure to mark products with asserted patent numbers; delay in bringing suit for alleged infringement of the asserted patents. |
| Kenneth Glick | c/o Sean T. O'Kelly, Esq. O'Kelly Ernst & Bielle, LLC 901 N. Market Street, Suite 1000 Wilmington, DE 19801 | Noninfringement, invalidity and unenforceability of the asserted patents; licensing of the asserted patents; failure to mark products with asserted patent numbers; delay in bringing suit for alleged infringement of the asserted patents. |
| Li-Fung Cheung | Altek Lab, Inc. 1411 W. 190th Street, Ste 475 Gardena, CA 90248 | Design, structure, function and operation of accused HP products made by Altek. |
| Thomas Meager | Meagher Emanuel Laks Goldberg & Liao, LLP One Palmer Square, Ste 325 Princeton, NJ 08543 (609) 454-3500 | Noninfringement, invalidity and unenforceability of the asserted patents; licensing of the asserted patents; failure to mark products with asserted patent numbers; delay in bringing suit for alleged infringement of the asserted patents. |

-10-

| Name | Contact Information | Summary of Information Known |
|---|---|---|
| Peter Moller | General Electric Company 3135 Easton Turnpike Fairfield, CT 06828 | Noninfringement, invalidity and unenforceability of the asserted patents; licensing of the asserted patents; failure to mark products with asserted patent numbers; delay in bringing suit for alleged infringement of the asserted patents. |
| Custodian of Records Los Angeles Public Library, Central Library | 630 W. 5th Street Los Angeles, CA 90071 | Invalidity and unenforceability of the patents in suit; authentication and public availability of prior art. |
| Custodian of Records San Jose State University, Dr. Martin Luther King, Jr. Library | One Washington Square San Jose, CA 95192-0028 | Invalidity and unenforceability of the patents in suit; authentication and public availability of prior art. |
| Custodian of Records UC Berkeley, University of California, Berkeley Kresge Engineering Library | 110 Bechtel Engineering Center, #1796 Berkeley, CA 94720-1796 | Invalidity and unenforceability of the patents in suit; authentication and public availability of prior art. |
| Custodian of Records UC Berkeley, Northern Regional Library Facility, Richmond Field Station | Building 400, Mead & South 47th Street Richmond, CA 94804-4698 | Invalidity and unenforceability of the patents in suit; authentication and public availability of prior art. |
| Custodian of Records San Francisco Public Library, Main Library | 100 Larkin Street San Francisco, CA 94102 | Invalidity and unenforceability of the patents in suit; authentication and public availability of prior art. |

HP reserves the right to rely on the disclosures of other defendants.  HP reserves the right to identify additional persons and documents related to the invalidity of the patents-in-suit as part of its disclosure of HP's final invalidity contentions in this lawsuit.  HP also reserves the right to modify or supplement the lists of persons disclosed above during discovery or otherwise during this action.