# EXHIBIT 4

# EXHIBIT 4

## Microsoft EFI FAT32 File System Specification

http://msdn.microsoft.com/en-us/library/gg463080.aspx

