# Exhibit A

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------

| | |
|---|---|
| PRINCETON DIGITAL IMAGE CORPORATION, | ) |
| | ) |
|     PLAINTIFF, | ) |
| | ) |
| V. | ) |
| | ) CASE NO.: 1:12-CV-00779-RJS |
| HEWLETT-PACKARD COMPANY, | ) |
| FUJIFILM NORTH AMERICA | ) |
| CORPORATION F/K/A FUJIFILM U.S.A., | ) |
| INC. AND XEROX INTERNATIONAL | ) |
| PARTNERS, | ) |
| | ) |
|     DEFENDANTS. | ) |

**SUPPLEMENTAL DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS AGAINST DEFENDANT FUJIFILM NORTH AMERICA CORPORATION F/K/A FUJIFILM U.S.A., INC.**

| | |
|---|---|
| **DUANE MORRIS, LLP** | Gregory M. Luck, P.C.(*pro hac vice*) |
| R. Terry Parker | Thomas W. Sankey, P.C. (*pro hac vice*) |
| 1540 Broadway | Diana M. Sangalli (*pro hac vice*) |
| New York, New York 10036 | Wesley W. Yuan (*pro hac vice*) |
| Telephone: (212) 692-1089 | 1330 Post Oak Blvd, Suite 800 |
| Facsimile:  (212) 214-0725 | Houston, Texas 77056 |
| | Telephone: (713) 402-3900 |
| Kristina Caggiano (*pro hac vice*) | Facsimile:  (713) 583-9623 |
| Suite 1000 | |
| 505 9th Street, N.W. | Jeffrey S. Pollack (*pro hac vice*) |
| Washington, DC 20004-2166 | 30 South 17th Street |
| Telephone: (202) 776-5284 | Philadelphia, PA 19103-4196 |
| Facsimile:  (202) 2478-2965 | Telephone: (215) 979-1299 |
| | Facsimile: (215) 689-4942 |

*Attorneys For*
*Plaintiff Princeton Digital Image Corporation*

Princeton Digital Image Corporation ("PDIC") submits this Supplement of its identification of the Accused Instrumentalities set forth in Section III(b) of its Disclosure of Asserted Claims and Infringement Contentions Defendant relating to Fujifilm North America Corporation f/k/a Fujifilm U.S.A., Inc. ("Fuji") served on April 1, 2011.  PDIC believes that it fulfilled its disclosure obligation in its April 1, 2011 Disclosure.  Nonetheless, PDIC is providing this Supplement pursuant to agreement between PDIC and Fuji.  PDIC reserves the right to further supplement its identification of Accused Instrumentalities based on additional information that PDIC obtains through discovery or otherwise as this case progresses.

**III(b)  Accused Instrumentalities.**

Based on information presently publicly available to PDIC and obtained through discovery to date, PDIC identifies with further specificity the Accused Instrumentalities as listed below.  PDIC further includes all reasonably similar variants, versions and improvements of the below listed products.

<u>'056 Accused Instrumentalities:</u>

i. <u>digital still camera products</u>:  including, but not limited to, the FinePix digital still camera product line, and other digital still camera products, including products that incorporate digital still cameras or have digital still imaging functionality, made, used, sold, offered for sale or imported by Fuji that operate in a reasonably similar manner with respect to employing codewords to digitally encode image data into a JPEG file.

<u>Product Model Names:</u>
  Finepix 1300
  Finepix 1400
  Finepix 2300
  Finepix 2400
  Finepix 2600
  Finepix 2650
  Finepix 3800
  Finepix 4700
  Finepix 4800
  Finepix 4900
  Finepix 6800

2

Finepix 6900
Finepix A101
Finepix A120
Finepix A200
Finepix A201
Finepix A203
Finepix A205
Finepix A210
Finepix A303
Finepix A310
Finepix A330
Finepix A340
Finepix A345
Finepix A350
Finepix A360
Finepix A400
Finepix A500
Finepix A600
Finepix A610
Finepix A700
Finepix A800/A805
Finepix A820/A825
Finepix A900
Finepix A920
Finepix E500
Finepix E510
Finepix E550
Finepix E900
Finepix F10
Finepix F11
Finepix F20
Finepix F30
Finepix F30i
Finepix F31fd
Finepix F40fd/F45fd
Finepix F40i
Finepix F50fd
Finepix F401
Finepix F402
Finepix F410
Finepix F420
Finepix F440
Finepix F450
Finepix F455
Finepix F460
Finepix F470
Finepix F480

    Finepix F601
    Finepix F602Z
    Finepix F610
    Finepix F650
    Finepix F700
    Finepix F710
    Finepix F810
    F IS-1(IR/S9100Base)
    Finepix ISPRO
    Finepix M603
    Finepix S2Pro
    Finepix S3 Pro
    Finepix S5PRO
    Finepix S20 Pro
    Finepix S602
    Finepix S3000
    Finepix S3100
    Finepix S3500
    Finepix S5000
    Finepix S5100/S5500
    Finepix S5200/S5600
    Finepix S5700/S700
    Finepix S5800/S800
    Finepix S6000fd/S6500fd
    Finepix S7000
    Finepix S8000fd
    Finepix S9100/S9600
    Finepix S9000,/S9500
    Finepix V10
    Finepix Z1
    Finepix Z2
    Finepix Z3
    Finepix Z5fd
    Finepix Z10fd
    Finepix Z100fd

Development Model Name:

    CIO
    H18
    H19
    H120
    H130
    H220
    H321
    H322
    L120

L127
L300
L700
P200
SU-280
SU-350
SU-355
SU-370
SU-380
SU-390
SU-410
SU-420
SU-430US
SU-440U
SU-450
SU-460U
SU-470
SU-480U
SU-490
SU-500
SU-520
SU-525
SU-530
SU-531
SU-541
SU-546
SU-548
SU-560
SU-565
SU-580
SU-590
SU-1710
SU-1717
SU-1725
SU-1735
SU-1730
SU-1735D
SU-1740
SU-1760
SU-1775
SU-1780
SU-1810
SU-1820
SU-1830
SU-1835
SU-1840
SU-1845

SU-1850
SU-1860
SU-1870
SU-1875
SU-1880
SU-1885
SU-1890
T100
T200

Development Model:

Y-454
Y-466
Y-484
Y-499
Y-511
Y-526
Y-534
Y-558
Y-595
Y-596
Y-603
Y-633
Y-653
Y-663
Y-680
Y-690
Y-702
Y-712
Y-731
Y-732
Y-742
Y-749
Y-750
Y-762
Y-818
Y-826
Y-855
Y-863
Y-872
Y-880
Y-888
Y-900
Y-952
Y-962
Y-978

    Y-1009
    Y-1012
    Y-1080
    Y-1098
    Y-1110
    Y-1122
    Y-1130
    Y-1138
    Y-1146
    Y-1198
    Y-1251
    Y-1312
    Y-1352
    Y-1472
    Y-1501
    Y-1516
    Y-1551
    Y-1558
    Y-1565
    Y-1682
    Y-1428
    Y-1771
    Y-1801
    Y-1851
    Y-2002

ii. <u>digital scanning products</u>: including, but not limited to, multi-function peripheral products, copiers and digital scanner products, including, but not limited to, the Image Scanner, Compact Color Scanner, and Digital Photo-Video Imager product lines, and other products that incorporate digital scanners, or have digital scanning functionality made, used, sold, offered for sale or imported by Fuji that operate in a reasonably similar manner with respect to employing codewords to digitally encode image data into a JPEG file.

<u>Product Model Name:</u>

    Frontier Scanner SP2000
    Frontier Scanner SP2500
    Frontier 340-SLP-1000SE Laser PRN
    Frontier Scanner SP3000
    SP500 Scanner
    Epson 1680 Special Edition
    Epson 1660 FB Scanner/ADPC111
    Epson 1680 Flatbed Scanner
    Sony Scanner w/ APS
    Epson Perfection 2480 Scanner

7

       Epson Model 2400 Scanner
       Epson 2480 Scanner (Refurb)
       Epson Model 2480 Scanner
       Epson Perfection 3490 Flatbed Scanner
       Epson V200 Flatbed Scanner
       FineScan 2750 XL
       Quattro
       C-550

**'103 Accused Instrumentalities:**

   i.   <u>digital still camera products</u>:  including, but not limited to, the FinePix digital still camera product line, and other digital still camera products, including products that incorporate digital still cameras or have digital still imaging functionality, made, used, sold, offered for sale or imported by Fuji that operate in a reasonably similar manner with respect to automatic exposure control and/or automatic gain control for digital image processing.

      <u>Product Model Names:</u>
          Finepix 1300
          Finepix 1400
          Finepix 2300
          Finepix 2400
          Finepix 2600
          Finepix 2650
          Finepix 3800
          Finepix 4700
          Finepix 4800
          Finepix 4900
          Finepix 6800
          Finepix 6900
          Finepix A101
          Finepix A120
          Finepix A200
          Finepix A201
          Finepix A203
          Finepix A205
          Finepix A210
          Finepix A303
          Finepix A310
          Finepix A330
          Finepix A340
          Finepix A345
          Finepix A350
          Finepix A360
          Finepix A400
          Finepix A500

Finepix A600
Finepix A610
Finepix A700
Finepix A800/A805
Finepix A820/A825
Finepix A900
Finepix A920
Finepix E500
Finepix E510
Finepix E550
Finepix E900
Finepix F10
Finepix F11
Finepix F20
Finepix F30
Finepix F30i
Finepix F31fd
Finepix F40fd/F45fd
Finepix F40i
Finepix F50fd
Finepix F401
Finepix F402
Finepix F410
Finepix F420
Finepix F440
Finepix F450
Finepix F455
Finepix F460
Finepix F470
Finepix F480
Finepix F601
Finepix F602Z
Finepix F610
Finepix F650
Finepix F700
Finepix F710
Finepix F810
F IS-1(IR/S9100Base)
Finepix ISPRO
Finepix M603
Finepix S2Pro
Finepix S3 Pro
Finepix S5PRO
Finepix S20 Pro
Finepix S602
Finepix S3000
Finepix S3100

9

    Finepix S3500
    Finepix S5000
    Finepix S5100/S5500
    Finepix S5200/S5600
    Finepix S5700/S700
    Finepix S5800/S800
    Finepix S6000fd/S6500fd
    Finepix S7000
    Finepix S8000fd
    Finepix S9100/S9600
    Finepix S9000,/S9500
    Finepix V10
    Finepix Z1
    Finepix Z2
    Finepix Z3
    Finepix Z5fd
    Finepix Z10fd
    Finepix Z100fd

Development Model Name:
    CIO
    H18
    H19
    H120
    H130
    H220
    H321
    H322
    L120
    L127
    L300
    L700
    P200
    SU-280
    SU-350
    SU-355
    SU-370
    SU-380
    SU-390
    SU-410
    SU-420
    SU-430US
    SU-440U
    SU-450
    SU-460U
    SU-470

SU-480U
SU-490
SU-500
SU-520
SU-525
SU-530
SU-531
SU-541
SU-546
SU-548
SU-560
SU-565
SU-580
SU-590
SU-1710
SU-1717
SU-1725
SU-1735
SU-1730
SU-1735D
SU-1740
SU-1760
SU-1775
SU-1780
SU-1810
SU-1820
SU-1830
SU-1835
SU-1840
SU-1845
SU-1850
SU-1860
SU-1870
SU-1875
SU-1880
SU-1885
SU-1890
T100
T200

Development Model:

Y-454
Y-466
Y-484
Y-499
Y-511

Y-526
Y-534
Y-558
Y-595
Y-596
Y-603
Y-633
Y-653
Y-663
Y-680
Y-690
Y-702
Y-712
Y-731
Y-732
Y-742
Y-749
Y-750
Y-762
Y-818
Y-826
Y-855
Y-863
Y-872
Y-880
Y-888
Y-900
Y-952
Y-962
Y-978
Y-1009
Y-1012
Y-1080
Y-1098
Y-1110
Y-1122
Y-1130
Y-1138
Y-1146
Y-1198
Y-1251
Y-1312
Y-1352
Y-1472
Y-1501
Y-1516
Y-1551

> Y-1558
> Y-1565
> Y-1682
> Y-1428
> Y-1771
> Y-1801
> Y-1851
> Y-2002

Discovery is ongoing.  PDIC reserves the right to seek leave of Court to augment and supplement its disclosure of Accused Instrumentalities after further discovery from Fuji, or as permitted under the Patent Rules.

Respectfully submitted,

By: */s/Terry Parker*
R. Terry Parker
**DUANE MORRIS, LLP**
1540 Broadway
New York, New York 10036
Telephone: (212) 692-1089
Facsimile:  (212) 214-0725

Gregory M. Luck, P.C.(admitted *pro hac vice*)
Thomas W. Sankey, P.C. (admitted *pro hac vice*)
Diana M. Sangalli (admitted *pro hac vice*)
Wesley W. Yuan (admitted *pro hac vice*)
**DUANE MORRIS, LLP**
1330 Post Oak Blvd, Suite 800
Houston, Texas 77056
Telephone: (713) 402-3900
Facsimile:  (713) 583-9623

Jeffrey S. Pollack (admitted *pro hac vice*)
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1299
Facsimile: (215) 689-4942

**ATTORNEYS FOR PLAINTIFF,**

14

**PRINCETON DIGITAL IMAGE CORPORATION**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that below were served with a true and correct copy of the foregoing by electronic mail on this the 31th day of July 2013.

William H. Mandir ( wmandir@sughrue.com)
Yoshinari Kishimoto (ykishimoto@sughrue.com)
Brian K. Shelton (bshelton@sughrue.com)
Kelly G Hyndman(kghyndman@sughrue.com)
John F Rabena (jrabena@sughrue.com)
Mark J. Deboy (mdeboy@sughrue.com)
**Sughrue Mion PLLC**
2100 Pennsylvania Ave., NW
Washington, DC  20037

J. Thad Heartfield (thad@jth-law.com)
M. Dru Montgomery    (dru@jth-law.com)
**The Heartfield Law Firm**

Richard A.Williamson (rwilliamson@fzwz.com)
Craig S. Kesch (ckesch@fzwz.com)
**Flemming Zulack Williamson Zauderer, LLP**
One Liberty Plaza
New York, NY 10006

**Attorneys for Defendant**
**Xerox International Partners**

Steven J. Routh (srouth@orrick.com)
Sten A. Jensen (sjensen@orrick.com)
**Orrick, Herrington & Sutcliffe LLP**
1152 15th Street, NW
Washington DC  20005

Clifford R. Michel (cmichel@orrick.com)

**Attorneys for Defendant**
**Fujifilm North America Corporation**

Brian K. Erickson (brian.erickson@dlapiper.com)
**DLA Piper US LLP**
401 Congress Ave., Suite 2500
Austin, TX  78701-3799

Erin P. Gibson (erin.gibson@dlapiper.com)
Sean C. Cunningham
(sean.cunningham@dlapiper.com)
**DLA Piper US LLP**
401 B Street
Suite 1700
San Diego, California 92101-4297

**Attorneys for Defendant**
**Hewlett-Packard Company**

          */s/ R. Terry Parker*
          R. Terry Parker