UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRINCETON DIGITAL IMAGE
CORPORATION,

                    Plaintiff,

-v-

HEWLETT-PACKARD, CO., *et al.*,

                    Defendants

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/2014

No. 12-cv-779 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of Plaintiff's letter, dated November 26, 2014, requesting that the Court order a Local Civil Rule 83.9 mediation between the parties. (Doc. No. 472.) The Court is also in receipt of Defendants' letter, dated December 2, 2014, opposing Plaintiff's present mediation request given their outstanding motion for summary judgment. (Doc. No. 473.) Finally, the Court is in receipt of Plaintiff's reply letter, dated December 9, 2014. (Doc. No. 474.)

Defendants' pending motion for summary judgment is fully briefed. (Doc. Nos. 433, 435-444, 453-461, 465-467.) Having considered the parties' submissions, and for reasons that will be stated in a forthcoming written opinion, the Court intends to grant Defendants' motion. This Order is not to be considered a final judgment for the purposes of appeal.

Accordingly, IT IS HEREBY ORDERED THAT Plaintiff's present request is denied.

SO ORDERED.

Dated:      December 9, 2014
              New York, New York

                                                RICHARD J. SULLIVAN
                                                UNITED STATES DISTRICT JUDGE